IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ANGELA SCHULTZ**, <br><br> Plaintiff, <br><br> v. <br><br> **NW PERMANENTE P.C.**, an Oregon limited liability company and abn **NW PERMANENTE PHYSICIANS AND SURGEONS P.C.** <br><br> Defendant. | Case No. 3:20-cv-00626-IM <br><br> **JUDGMENT** |

     Based on the Jury Verdict, ECF 90, and this Court's Findings of Fact and Conclusions of Law contained in this Court's Opinion and Order, ECF 114, **IT IS ADJUDGED** that Judgment is hereby entered in Plaintiff's favor on her claims for disability discrimination, failure to accommodate a disability, and disability retaliation. Plaintiff's claims under the Family Medical Leave Act, Oregon Family Leave Act, and Oregon Sick Leave Act, and her claim for wrongful discharge are DISMISSED with prejudice.

/ / /

/ / /

/ / /

Plaintiff is awarded damages in the amount of $237,000. ECF 90. In addition, the parties have agreed that Plaintiff is entitled to a tax offset in the amount of $21,891 and prejudgment interest in the amount of $2,300. ECF 116.

DATED this 23rd day of June, 2022.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge