**Robert Meyer, OSB No. 086470**
robert@oregonworkplacelaw.com
**Michael Owens, OSB No. 104720**
mike@oregonworkplacelaw.com
**Sarah R. Osborn, OSB No. 222119**
sarah@oregonworkplacelaw.com
MEYER STEPHENSON
1 SW Columbia Street, Suite 1850
Portland, OR 97204
Voice: 503.459.4010
Fax: 503.512.5022

      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ANGELA SCHULTZ,**<br><br>      Plaintiff,<br><br>  v.<br><br>**NW PERMANENTE P.C.,** an Oregon limited liability company and abn **NW PERMANENTE PHYSICIANS & SURGEONS, P.C.,**<br><br>      Defendants | Case No. 3:20-cv-00626-IM<br><br>**PLAINTIFF'S BILL OF COSTS AND MEMORANDUM IN SUPPORT** |

      Plaintiff claims costs incurred in this matter pursuant to 28 U.S.C. § 1920 as well as those costs recoverable as part of attorneys' fees.

      Plaintiff claims the following categories of costs, itemized on **Exhibit 6** to the **Meyer Declaration**:

**PLAINTIFF'S BILL OF COSTS AND MEMORANDUM IN SUPPORT**

| | |
|---|---|
| Filing Fee | $ 400.00 |
| Medical Records | $ 49.00 |
| Court Reporting | $ 1,087.50 |
| Transcription | $ 7,044.30 |
| Process Service | $ 439.38 |
| Witness Fees | $ 80.00 |
| Investigation | $ 1,392.50 |
| TOTAL COSTS CLAIMED | $10,492.68 |

Costs are classified as either taxable costs or non-taxable costs. The court may tax specific items as costs against a losing party as stated in 28 U.S.C. §§ 1920 and 1821. *Twentieth Century Fox Film Corp. v. Entm't Distrib.*, 429 F.3d 869, 885 (9th Cir. 2005).

Under 42 U.S.C. § 1988, a plaintiff may recover as part of the award of attorney's fees those out-of-pocket expenses that "would normally be charged to a fee paying client." *Chalmers v. City of Los Angeles*, 796 F.2d 1205, 1216 n.7 (9th Cir.1986), *reh'g denied and opinion amended*, 808 F.2d 1373 (9th Cir.1987); *see also West Virginia Univ. Hosps., Inc. v. Casey*, 499 U.S. 83, 87-88 n.3 (1991). Thus reasonable expenses, though greater than taxable costs, may be proper.

In *Harris v. Marhoefer*, 24 F.3d 16, 19-20 (9th Cir. 1994), the court explained that:

> The statutory authority to award "a reasonable attorney's fee" includes the authority to award reasonable out-of-pocket expenses incurred by the attorney that are normally charged to the client in the course of providing legal services. See Thornberry v. Delta Airlines, Inc., 676 F.2d 1240, 1244-45 (9th Cir.1982), vacated and remanded on other grounds, 461 U.S. 952 (1984); Northcross v. Board of Education, 611 F.2d 624 (6th Cir. 1979).

*See also Willamette Production Credit Ass'n v. Borg-Warner Acceptance Corp.,* 75 Or. App. 154, 159, 706 P.2d 577 (1985) (under state law).

**PLAINTIFF'S BILL OF COSTS AND MEMORANDUM IN SUPPORT**

MEYER STEPHENSON
1 SW COLUMBIA ST STE 1850
PORTLAND, OR 97204
VOICE: (503) 459-4010
FAX: (503) 512-5022

Plaintiff is entitled to recover the filing fee. *See Card v. State Farm Fire and Casualty Co.*, 126 F.R.D. 658, 660 (N.D. Miss. 1989) (court fees allowed as costs whether they are fees which are paid when an action is initially filed or when action is removed), *aff'd without op.*, 902 F.2d 957 (5th Cir. 1990).

Dated: July 7, 2022.

MEYER STEPHENSON

*s/ Sarah Osborn*
Robert Meyer, OSB No. 086470
robert@oregonworkplacelaw.com
Sarah Osborn, OSB No. 222119
sarah@oregonworkplacelaw.com

*Of Attorneys for Plaintiff*

**PLAINTIFF'S BILL OF COSTS AND MEMORANDUM IN SUPPORT**

MEYER STEPHENSON
1 SW COLUMBIA ST STE 1850
PORTLAND, OR 97204
VOICE: (503) 459-4010
FAX: (503) 512-5022

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S BILL OF COSTS AND MEMORANDUM IN SUPPORT** on:

ALEXANDER H. HILL
alexander.hill@bullivant.com
Bullivant Houser, Attorneys
One SW Columbia Street, Suite 800
Portland, OR 97204

*Of Attorney for Defendants.*

- by the following indicated method or methods on the date set forth below:

☐ E-mail only per ORCP 9

☒ ECF/CM Electronic Service

☐ Fax Transmission.

☐ First-class mail, postage prepaid.

☐ Hand-delivery.

☐ Overnight courier, delivery prepaid.

DATED: July 7, 2022 MEYER STEPHENSON

*s/ Kevin King*
Kevin King, Legal Assistant

Of Attorneys for Plaintiff

MEYER STEPHENSON
1 SW COLUMBIA ST STE 1850
PORTLAND, OR 97204
VOICE: (503) 459-4010
FAX: (503) 512-5022