# Robert K. Meyer
1 SW Columbia Street, Portland, OR 97204 • 503-459-4010

**Experience:**

Meyer Stephenson                                                             2018-Present
**Partner**
- Represent plaintiffs in employment discrimination cases before administrative agencies and in state and federal court.
- Manage a team of four employment attorneys and two paralegals.

Robert K. Meyer, Attorney at Law, P.C.                                       2013-2018
**Owner**
- Represented plaintiffs in employment discrimination cases before administrative agencies and in state and federal court.

Mitra Law Group, Portland, OR
**Senior Associate**                                                         2012– 2013
- Represented plaintiffs in employment discrimination cases before administrative agencies and in state and federal court.

Curry County District Attorney, Gold Beach, OR
**Deputy District Attorney III**                                             2010 – 2012
- Successfully tried felony cases involving sex abuse, criminally negligent homicide, arson, kidnapping, burglary and controlled substance offenses.

Jackson Lewis LLP, Portland, OR
**Associate**                                                                2008 - 2010
- Represented employers in all stages of employment discrimination cases in state and federal court and before administrative agencies.
.
Kaufman Dolowich et al. LLP, San Francisco, CA
**Associate**                                                                2006 - 2008
- Represented employers in all stages of employment discrimination cases in state and federal court and before administrative agencies.

McNamara, Dodge et al. LLP, Walnut Creek, CA
**Associate**                                                                2004 - 2006
                                                                Summer Associate 2003
- Represented hospitals and physicians in professional liability litigation.

**Education:**
- University of Oregon, J.D. 2004
- University of California, Berkeley, B.A. in English 1998

**Memberships/Activities:**
- Oregon and California Bar

**Exhibit 2**                                                               **Page 1 of 2**

- - Oregon State Bar – Labor and Employment Section and Volunteer Mentor
- Oregon Trial Lawyers Association – Employment Law Section
- American Bar Association – Labor and Employment Section
- Oregon Lawyers Against Hunger – Board Member and Secretary
- University of Oregon School of Law Portland Mentorship Program – Volunteer Mentor