# Oregon State Bar
# 2017 Economic Survey
## Report of Findings







**Survey Research Lab**

**Exhibit 3**          **Page 1 of 66**

This report was prepared for:

**Oregon State Bar**

**Kay Pulju**
Communications & Public Services Director

Submitted
December 26, 2017

By

**Debi Elliott, PhD**
503-725-5198
elliottd@pdx.edu

**Kelly Hunter, BS**
503-725-2786
kellgray@pdx.edu

**Amber Johnson, PhD**
503-725-9541
amberj@pdx.edu

## Survey Research Lab
Portland State University
P.O. Box 751
Portland, OR 97207-0751

1600 SW 4th Avenue, Suite 400
Portland, OR 97201

503-725-9530 (voice)
www.pdx.edu/survey-research-lab

**Exhibit 3                    Page 2 of 66**

# Table of Contents

**Methodology** .................................................................................. **6**

    Background ....................................................................................... 6

    Sampling Plan and Respondent Recruitment............................................. 7

    Disposition of Records and Response Rate ............................................... 9

    Sampling Error ................................................................................... 9

    Attorney Characteristics ...................................................................... 10

    Analytic Approach............................................................................... 11

    Comparison to Previous Surveys............................................................ 12

**Findings** ......................................................................................... **13**

    Attorney Employment Characteristics ..................................................... 13

    Compensation .................................................................................... 21

    Billing Practices ................................................................................. 37

    Practice Characteristics........................................................................ 44

    Career Satisfaction ............................................................................. 47

    Future Plans...................................................................................... 52

    Leadership Bank Program .................................................................... 54

**Appendix A: Survey Instrument** ..................................................... **55**

**Appendix B: Email Invitation and Reminders** .................................. **60**

# List of Tables and Figures

Table 1:    Distribution of OSB Members by Region ........................................................ 7

Figure 1:   Map of Oregon Regions ....................................................................... 8

Table 2:    Survey Recruitment ........................................................................... 8

Table 3:    Final Record Dispositions ................................................................... 9

Table 4:    Attorney Characteristics .................................................................... 10

Table 5:    Children in the Household by Age for All Oregon Attorneys ................................... 11

Table 6:    Selected Data across Survey Years (N=1,919) ................................................. 12

Table 7:    Years Admitted to Practice in Oregon (N=1,919) .............................................. 13

Table 8:    Total Years Admitted to Practice in Any State (N=1,919) .................................... 14

Table 9:    Other States in which Oregon Attorneys Are an Active Member (N=1,919) ...................... 14

Table 10:   Currently Working as a Lawyer in Oregon (N=1,919) .......................................... 15

Table 11:   Current Level of Employment (N=1,919) ..................................................... 15

Table 12:   Level of Non-Legal Employment (n=219) .................................................... 16

Table 13:   Reasons for Choosing to Be a Part-time Lawyer (n=201) ...................................... 16

Table 14:   Total Years Admitted to Practice for Respondents Not Working as a Lawyer in Oregon ................................................................................... 17

Table 15:   Type of Employment as of 12/31/16 (n=1,653) ............................................... 18

Table 16:   Area of Practice Representing 50% or More of Practice as of 12/31/16 – Private Practice Attorneys Only (n=1,000) ........................................................ 19

Table 17:   Size of Practice as of 12/31/16 (n=1,344) ................................................. 20

Table 18:   Method of Payment as of 12/31/16 for Full- and Part-time Lawyers (n=1,341) ...... 20

Table 19:   2016 Compensation for All Respondents ...................................................... 21

Table 20:   2016 Compensation for Full-time and Part-time Lawyers by Selected Variables ...... 22

Table 21:   2016 Compensation by Gender ............................................................... 24

Table 22:   2016 Compensation by Gender and Years Admitted to Practice – Full-time Lawyers Only ....................................................................................... 24

Table 23:   2016 Compensation by Age ................................................................. 25

Table 25:   2016 Compensation by Total Years Admitted to Practice ..................................... 27

Table 26:   2016 Compensation by Type of Employment as of 12/31/16 .................................... 28

Table 27:   2016 Compensation by Area of Practice – Private Practice Lawyers Only .............. 29

Table 28:   2016 Compensation by Area of Practice – Private Nonprofit or Public Defense ........ 32

Table 29:   2016 Compensation by Size of Practice ..................................................... 33

Table 30:   2016 Compensation by Current Level of Employment .......................................... 34

Table 31:   2016 Compensation by Method of Payment as of 12/31/16 ..................................... 35

Table 32:   2016 Compensation by Method of Payment – Full-time Lawyers Only ................... 35

**Exhibit 3                    Page 4 of 66**

Table 33:   2016 Hours Billed per Month – Private Practice, Full- or Part-time by Choice .......... 37

Table 34:   2016 Hours Billed per Month by Method of Payment – Private Practice, Full- or Part-time by Choice ................................................................................... 37

Table 35:   2016 Hourly Billing Rate – Private Practice ........................................................ 38

Table 36:   2016 Hourly Billing Rate by Total Years Admitted to Practice – Private Practice ...... 38

Table 37:   2016 Hourly Billing Rate by Area of Practice – Private Practice ............................ 40

Table 38:   Change in Billing Methods over Last Five Years – Private Practice ........................ 43

Table 39:   2016 Hours Worked per Month by Current Level of Employment ......................... 44

Table 40:   2016 Hours Worked per Month by Type of Employment – Full-time Lawyers Only ... 44

Table 41:   2016 Average Pro-Bono and Community Service Hours per Month by Type of Employment ................................................................................................ 45

Figure 3:   Legal Employment Satisfaction Mean Ratings by Gender .................................... 47

Table 42:   Legal Employment Satisfaction Mean Ratings by Total Years Admitted to Practice .. 48

Table 43:   Legal Employment Satisfaction Mean Ratings by Type of Employment as of 12/31/16 ................................................................................................... 48

Table 44:   Legal Employment Satisfaction Mean Ratings by Area of Practice as of 12/31/16.... 49

Table 45:   Legal Employment Satisfaction Mean Ratings by Current Level of Employment ...... 50

Figure 4:   Non-legal Employment Satisfaction Mean Ratings (n=150) .................................. 50

Table 46:   Non-legal Employment Satisfaction Mean Ratings by Current Level of Non-Legal Employment ................................................................................................ 51

Table 47:   Non-legal Employment Satisfaction Mean Ratings by Total Years Admitted to Practice ...................................................................................................... 51

Table 48:   Future Plans in Next Five Years ...................................................................... 52

Table 49:   Future Plans in Next Five Years by Type of Employment as of 12/31/16 ............... 53

Table 50:   Future Plans in Next Five Years by Legal Employment Satisfaction ...................... 53

Table 51:   Familiarity with Leadership Banks (n=1,653) ..................................................... 54

Table 52:   Likelihood of Choosing a Bank if it Were a Leadership Bank (n=1,653) ................. 54

# Methodology

The Portland State University (PSU) Survey Research Lab (SRL) partnered with the Oregon State Bar (OSB) to conduct an economic survey of its membership to document demographic and financial information for practicing Oregon attorneys. The survey was conducted online from August 14, 2017 through October 16, 2017, and resulted in a total of 1,919 completed surveys.

## Background

The 2017 Economic Survey was a replication of a similar survey conducted in 2012, 2007, 2002, 1998 and 1994. The SRL worked with OSB staff to review the 2012 survey and finalize the content for 2017. The majority of the 2012 items were retained for comparability over the years. Three demographic characteristic items were removed (i.e., disability, sexual orientation, transgender), some items had response options added to provide additional detail, and six items were added (i.e., state in which they are also an active bar member, reasons for choosing to work as a part-time lawyer, familiarity with the Oregon Law Foundation's Leadership Bank program, choice of Leadership bank, number of children by age, county of firm, and zip code of firms within Multnomah County). Prior to implementation, the survey instrument was reviewed by both OSB and SRL staff to ensure items were accurately worded and that the collected data would provide the OSB with the information they need for reporting to its membership.

The survey included items in the following areas:

- **Attorney Employment Characteristics**
  - Years admitted to practice in Oregon
  - Total years admitted to practice
  - Type of employment
  - Level of employment
  - Area of practice
  - Size of practice
- **Compensation**
  - Annual compensation from legal practice
- **Billing Practices**
  - Hours billed per month
  - Hourly billing rate
  - Billing methods
  - Method of payment
- **Practice Characteristics**
  - Total hours worked per month (billed or not)
  - Pro bono hours per month
  - Community service hours per month

- **Career Satisfaction**
  - Rating of legal employment
  - Rating of non-legal employment
- **Future Plans – Next Five Years**
- **Leadership Bank Program**
  - Familiarity
  - Bank choice
- **Attorney Characteristics**
  - Age
  - Gender
  - Race or ethnicity
  - Number of children by age
  - County of firm (to confirm region)
  - Zip code of firm for Multnomah County (to confirm region)

The final survey instrument can be found in Appendix A of this report. The survey was programmed into Qualtrics (http://qualtrics.com) web survey software.

# Sampling Plan and Respondent Recruitment

The SRL worked with the OSB staff to secure a sample of all current, active members of the Oregon Bar and their email addresses, excluding anyone who joined in 2017[1]. A total sample of 12,110 records was received, from which 33% were randomly selected to be invited to participate in the survey. The records were randomly selected proportional to the regional distribution of lawyers with the goal of receiving comparable proportions of completed surveys across the seven regions used in all the previous economic surveys. After the initial sample of 4,009 lawyers were invited to complete the survey, a lower than desired response rate was achieved, so an additional random, regionally-proportional sample of 1,585 records (13%) was drawn and invited to complete the survey. Table 1 shows the distribution of members by region in the population (i.e., membership), sample, and completed surveys. The distribution of completed surveys is quite comparable to the distribution of members by region.

| Table 1: Distribution of OSB Members by Region | | | | | |
|---|---|---|---|---|---|
| **Region** | Membership Count | Percent | Recruitment Sample | Completed Surveys | Percent |
| **Downtown Portland:** Zip Codes 97201, 97204, 97205, 97207, 97208, 97209, 97228, 97240, 97258 | 3,778 | 31.2% | 1,728 | 572 | 29.8% |
| **Tri-County:** Remainder of Multnomah County, plus Clackamas and Washington Counties | 4,020 | 33.2% | 1,878 | 636 | 33.1% |
| **Upper Willamette Valley:** Marion, Polk, and Yamhill Counties | 1,474 | 12.2% | 681 | 274 | 14.3% |
| **Lower Willamette Valley:** Benton, Lane, and Linn Counties | 1,103 | 9.1% | 508 | 176 | 9.2% |
| **Southern Oregon:** Douglas, Jackson, Josephine, and Klamath Counties | 546 | 4.5% | 250 | 87 | 4.5% |
| **Eastern Oregon:** Baker, Crook, Deschutes, Gilliam, Grant, Harney, Hood River, Jefferson, Lake, Malheur, Morrow, Sherman, Umatilla, Union, Wallowa, Wasco, and Wheeler Counties | 826 | 6.8% | 383 | 115 | 6.0% |
| **Oregon Coast:** Clatsop, Columbia, Coos, Curry, Lincoln, and Tillamook Counties | 363 | 3.0% | 166 | 59 | 3.1% |
| **Totals** | **12,110** | **100%** | **5,594** | **1,919** | **100%** |

---

[1] Excluding members who joined in 2017 was done because many of the survey items asked about activity during the 2016 calendar year.

**Exhibit 3**     **Page 7 of 66**

Figure 1 shows a map of Oregon and the geographies that make up each region.

Figure 1: Map of Oregon Regions



Up to three or four emails were sent to potential respondents, including an initial invitation and two or three reminder emails. The content of each of those emails is included in Appendix B of this report. The web survey was available from Wednesday, September 6, 2017 through Wednesday, September 27, 2017, for a total of 22 days. Table 2 summarizes the email dates and recipient counts.

| Table 2: Survey Recruitment | | |
|---|---|---|
| **Email Type** | **Number of Recipients** | **Date Sent** |
| Batch 1 | | |
| Invitation | 4,009 | 10:00am, Monday, August 14, 2017 |
| Reminder #1 | 3,377 | 12:30pm, Friday, August 18, 2017 |
| Reminder #2 | 2,878 | 8:00am, Monday, August 28, 2017 |
| Reminder #3 (deadline extended) | 2,713 | 10:30am, Monday, September 11, 2017 |
| Batch 2 | | |
| Invitation | 1,585 | 10:00am, Monday, September 25, 2017 |
| Reminder #1 | 1,291 | 10:00am, Monday, October 2, 2017 |
| Reminder #2 | 1,188 | 10:00am, Wednesday, October 11, 2017 |
| Survey Closed | - | 11:59pm, Monday, October 16, 2017 |

# Disposition of Records and Response Rate

In order to calculate response rate, the disposition of all records included in the sample needs to be identified. Although 5,594 OSB members were sent the initial invitation to participate, 13 of them did not receive the email due to an invalid email address and 45 of the emails bounced (possibly due to individual email settings). After the survey was closed on October 11, 2017, the file of completed surveys was downloaded and reviewed for completeness. Working with OSB staff, it was determined that all surveys would be included for the analysis other than those that contained no completed answers (i.e., the respondent clicked on the link, but answered none of the survey items). Although 75% of the respondents fully completed the survey (i.e., 100% complete), the percent complete was as low as 12.5%. As a result, many of the survey items will include some "missing" data, which is noted accordingly in the presentation of results.

Table 3 presents the final dispositions of all 5,594 potential participants who were invited to participate in the survey.

| Table 3: Final Record Dispositions | | |
|---|---|---|
| **Disposition** | **Count** | **Percent** |
| Completed Surveys (>0%) | 1,919 | 34.3% |
| Incomplete Surveys (0%) | 48 | 0.9% |
| Undeliverable/Bounced Email Addresses | 58 | 1.0% |
| No Response | 3,569 | 63.8% |
| **Total** | **5,594** | **100%** |

The survey response rate was calculated by dividing the number of completed surveys by the total number of valid records that were deliverable. Removing the undeliverable/bounced records from the total, the valid sample for calculating response rate was 5,536, which results in an overall response rate of 34.66%.

# Sampling Error

In addition to response rate, sampling error (also known as margin of error) was calculated to represent the level of accuracy of the results. The commonly accepted value for sampling error is plus or minus five percent (denoted as $\pm 5\%$) and a typical confidence interval used in survey research is 95%. For this survey, the achieved sample size of 1,919 and the population of 12,110 OSB active members result in a sampling error of $\pm 2.05\%$. With a sampling error well below (i.e., better than) the commonly accepted $\pm 5\%$ sampling error, the findings of this survey can be considered accurate and generalizable to the population of all OSB members.

# Attorney Characteristics

Table 4 presents the age, gender, and race or ethnicity by region for all the 1,653 survey respondents who were currently working as a lawyer at the time of the survey administration. The 266 survey respondents who were not currently working as a lawyer did not complete the demographic items of the survey. The sample sizes for each of the geographies are included in the column headings.

**Table 4:   Attorney Characteristics**

| Age | Oregon (n=1,653) | Portland (n=530) | Tri-County (n=503) | Upper Willamette Valley (n=238) | Lower Willamette Valley (n=142) | Southern Oregon (n=81) | Eastern Oregon (n=111) | Oregon Coast (n=48) |
|---|---|---|---|---|---|---|---|---|
| Under 30 years | 3.8% | 3.6% | 3.8% | 5.0% | 3.5% | 3.7% | 3.6% | 2.1% |
| 30-39 years | 26.0% | 29.8% | 22.9% | 24.4% | 23.2% | 23.5% | 30.6% | 25.0% |
| 40-49 years | 22.3% | 24.2% | 23.3% | 24.8% | 17.6% | 22.2% | 11.7% | 16.7% |
| 50-59 years | 17.5% | 14.5% | 18.9% | 19.3% | 21.8% | 19.8% | 18.0% | 10.4% |
| 60 years or over | 20.1% | 17.7% | 20.9% | 18.5% | 23.2% | 22.2% | 18.9% | 37.5% |
| Missing | 10.3% | 10.2% | 10.3% | 8.0% | 10.6% | 8.6% | 17.1% | 8.3% |
| Mean Age | 47.6 | 46.3 | 48.2 | 47.3 | 49.1 | 48.9 | 47.1 | 51.4 |
| Median Age | 47.0 | 44.0 | 48.0 | 47.0 | 51.0 | 49.0 | 47.0 | 51.0 |

| Gender | Oregon (n=1,653) | Portland (n=530) | Tri-County (n=503) | Upper Willamette Valley (n=238) | Lower Willamette Valley (n=142) | Southern Oregon (n=81) | Eastern Oregon (n=111) | Oregon Coast (n=48) |
|---|---|---|---|---|---|---|---|---|
| Male | 51.2% | 53.6% | 48.7% | 45.4% | 57.7% | 54.3% | 52.3% | 52.1% |
| Female | 37.4% | 35.7% | 40.4% | 44.1% | 29.6% | 35.8% | 29.7% | 35.4% |
| Non-binary | 0.2% | 0.0% | 0.2% | 0.8% | 0.0% | 0.0% | 0.9% | 0.0% |
| Prefer not to disclose | 1.5% | 1.1% | 1.4% | 1.7% | 2.1% | 1.2% | 0.9% | 4.2% |
| Missing | 9.7% | 9.6% | 9.3% | 8.0% | 9.9% | 8.6% | 16.2% | 8.3% |

| Race or Ethnicity[2] | Oregon (n=1,653) | Portland (n=530) | Tri-County (n=503) | Upper Willamette Valley (n=238) | Lower Willamette Valley (n=142) | Southern Oregon (n=81) | Eastern Oregon (n=111) | Oregon Coast (n=48) |
|---|---|---|---|---|---|---|---|---|
| American Indian or Alaska Native | 1.5% | 0.8% | 1.8% | 3.4% | 0.0% | 0.0% | 0.9% | 6.3% |
| Asian or Pacific Islander | 3.0% | 3.6% | 3.0% | 3.8% | 2.1% | 2.5% | 0.9% | 2.1% |
| Black or African American | 0.4% | 0.9% | 0.2% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% |
| Hispanic or Latino/a | 1.9% | 1.9% | 2.6% | 1.7% | 2.1% | 1.2% | 0.9% | 0.0% |
| White or Caucasian | 81.9% | 81.9% | 83.3% | 81.5% | 81.7% | 82.7% | 75.7% | 81.3% |
| Other | 1.2% | 1.7% | 0.8% | 2.5% | 0.0% | 0.0% | 0.9% | 0.0% |
| Prefer not to disclose | 3.4% | 2.3% | 3.6% | 3.8% | 4.9% | 6.2% | 3.6% | 4.2% |
| Missing | 9.9% | 10.0% | 9.3% | 8.0% | 10.6% | 8.6% | 17.1% | 8.3% |

Q21: What was your age as of 12/31/2016?
Q22: How do you identify your gender?
Q23: How do you identify your race or ethnicity? *[select all that apply]*

---

[2] This item allowed respondents to check all that apply, so the percentages can add up to more than 100%.

**Exhibit 3                    Page 10 of 66**

A new item was included in the survey this year that asked attorneys to identify the number of children in each of five age groups that live in their household. Due to the small counts for many of the responses, this is only presented for the entire sample rather than breaking it down by region. Table 5 presents the distribution of responses for all the attorneys in the sample. The large proportion of missing responses could be due to respondents not selecting the "none" option that was available in the survey item.

| Table 5: Children in the Household by Age for All Oregon Attorneys | | | | | |
|---|---|---|---|---|---|
| Age | 0-2 Years | 3-6 Years | 7-12 Years | 13-17 Years | 18 Years or Older |
| None | 68.2% | 66.6% | 64.0% | 65.6% | 66.9% |
| 1 Child | 9.1% | 9.9% | 9.9% | 10.3% | 8.7% |
| 2 Children | 0.7% | 2.5% | 5.9% | 3.2% | 2.8% |
| 3 Children | 0.1% | 0.1% | 0.7% | 0.2% | 0.4% |
| 4 Children | 0.0% | 0.1% | 0.1% | 0.0% | 0.1% |
| 5 Children | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% |
| 6 or More Children | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Missing | 21.8% | 20.9% | 19.5% | 20.6% | 21.2% |

Q24: How many children live in your household in each of the following age groups?

# Analytic Approach

The analytic approach for the 2017 economic survey replicated the approach used for the previous surveys based on the information available in the 2012 Economic Survey report. Descriptive analyses were used to present the percentages of respondents endorsing a particular response, as well as means, medians, and percentiles when appropriate. The mean, also known as the average, is calculated by summing all the values of a numeric response and dividing by the number of respondents. The median is the midpoint of the data, which is the value that falls directly in the middle of the range of responses. A percentile (e.g., 25th, 75th, and 95th) is a value below which a given percentage of observations fall. For example, the 95th percentile for height of 10-year-old girls is 59 inches, indicating that 95% of all 10-year-old girls fall below that height. Percentiles can be calculated in a variety of ways. For this report, they were calculated using the Examine procedure in SPSS (Statistical Package for the Social Sciences[3]), and the Empirical percentile subcommand.

Throughout the report when means, medians and percentiles are presented, a notation of "n/a" is used whenever no data was reported for a particular response or if data from less than five respondents was reported in order to protect confidentiality.

The one difference between the approach implemented for 2017 and the approach used in previous years is that the sample sizes reflect the number of respondents who were asked a survey item and the percentage of missing responses (i.e., respondents who were asked a survey item, but chose to not answer it) are presented. This means that the percentages reflect an accurate representation of the proportion of respondents who endorsed each response within an item.

When data for a particular finding is presented, the relevant respondents are clearly noted. For example, in some of the findings tables, only lawyers in private practice are included, with all of the respondents in other types of employment excluded from that presentation. It is important to note those specific subgroups when reviewing the results presented in this report.

[3] https://www.ibm.com/analytics/data-science/predictive-analytics/spss-statistical-software

# Comparison to Previous Surveys

Table 6 presents some of the survey item values across all six data collection years. Of note, the proportion of female attorneys gradually increased from 1994 to 2012, but decreased slightly in 2017. The average number of years in practice also increased gradually over the previous six years of the survey, but remained the same in 2017 as it was in 2012. The proportion of lawyers in private practice and the proportion of full-time lawyers have gradually decreased over the years. Compensation has increase significantly since 1994, with mean compensation increasing $69,647 and median compensation increasing $47,000. Mean and median hourly billing rates for lawyers in private practice have also increased over the 23 years, by $162 and $140 per hour, respectively. The mean legal career satisfaction ratings increased from 1994 to 2017, with a slight decrease in 2012.

It is important to note that the mean number of hours worked per month for full-time lawyers does not include government employees this year (that item was not asked of them). Although that may have contributed to the slight decrease since 2012, it most likely does not completely explain it.

| Table 6: Selected Data across Survey Years (N=1,919) | | | | | | |
|---|---|---|---|---|---|---|
| **Survey Item** | **1994** | **1998** | **2002** | **2007** | **2012** | **2017** |
| Median Age | 44 yrs | 45 yrs | 47 yrs | 47 yrs | 47 yrs | 47 yrs |
| Gender – Females | 25% | 29% | 30% | 34% | 39% | 37% |
| Mean Number of Years in Practice | 15 yrs | 16 yrs | 18 yrs | 19 yrs | 20 yrs | 20 yrs |
| Lawyers in Private Practice | 76% | 71% | 71% | 69% | 67% | 61% |
| Lawyers in Private Non-profit Organizations | n/a | 5% | 5% | 5% | 6% | 7% |
| Full-time Lawyers | 81% | 81% | 78% | 75% | 72% | 73% |
| Mean Compensation | $73,630 | $83,805 | $102,643 | $116,727 | $124,861 | $143,277 |
| Median Compensation | $58,000 | $63,090 | $78,000 | $90,000 | $94,743 | $105,000 |
| Median Hours Billed per Month – Private Practice | 120 hrs | 120 hrs | 120 hrs | 120 hrs | 100 hrs | 97 hrs |
| Mean Hourly Billing Rate – Private Practice | $123 | $138 | $174 | $213 | $242 | $286 |
| Median Hourly Billing Rate – Private Practice | $120 | $130 | $165 | $200 | $225 | $260 |
| Mean Hours Worked per Month – Full-time | 189 hrs | 189 hrs | 186 hrs | 185 hrs | 182 hrs | 169 hrs |
| Mean Pro Bono Hours per Month | 9.3 hrs | 9.2 hrs | 9.1 hrs | 8.9 hrs | 9.2 hrs | 10.8 hrs |
| Mean Community Service Hours per Month | 10.8 hrs | 11.1 hrs | 11.4 hrs | 11.6 hrs | 12.1 hrs | 11.9 hrs |
| Mean Legal Career Satisfaction [1=Very Dissatisfied, 5=Very Satisfied] | 3.5 | 3.6 | 3.7 | 3.9 | 3.8 | 4.0 |

Q21: What was your age as of 12/31/2016?
Q22: How do you identify your gender?
Q2: What year were you admitted into any state bar (including Oregon)? *[converted into number of years]*
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016?
Q5: What best describes your current level of employment?
Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q15: What was the average number of hours that you billed per month in 2016?
Q14: When you charged on an hourly basis, what was your usual billing rate per hour in 2016?
Q9: What was the average number of hours per month that you worked in 2016? Include all hours in the office or on the job, whether billed or not.
Q10: What was the average number of hours per month in 2016 you provided pro-bono legal services to individuals **whom you did not bill?**
Q11: What was the average number of hours per month in 2016 that you volunteered for charitable organizations, churches, or other community services?
Q17: How satisfied are you with your legal employment?

# Findings

The findings in this report are presented in a similar fashion to the manner in which they were presented in previous reports to allow for comparison across the years of data collection. In many of the tables, the figure that represents the largest proportion of respondents or the highest value in each column has been **bolded** for ease of identifying those responses statewide and across the regions.

## Attorney Employment Characteristics

### Years Admitted to Practice in Oregon

All respondents were asked to provide the year they were admitted to the Oregon State Bar. The years provided were converted into number of years and were grouped in the categories listed in Table 7. Statewide, 51.5% of respondents were admitted to practice in Oregon 15 or more years, while 33.2% were admitted to practice in Oregon less than 10 years. These proportions are similar to those in 2012, which were 52% and 36%, respectively.

| Table 7: | Years Admitted to Practice in Oregon (N=1,919) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Years | Oregon (n=1,919) | Portland (n=572) | Tri-County (n=636) | Upper Willamette Valley (n=274) | Lower Willamette Valley (n=176) | Southern Oregon (n=87) | Eastern Oregon (n=115) | Oregon Coast (n=59) |
| 0-3 years | 11.3% | 12.1% | 10.7% | 10.6% | 14.8% | 11.5% | 7.8% | 10.2% |
| 4-6 years | 12.7% | 14.0% | 12.9% | 11.3% | 11.9% | 10.3% | 12.2% | 10.2% |
| 7-9 years | 9.2% | 8.7% | 9.0% | 9.1% | 10.8% | 8.0% | 12.2% | 8.5% |
| 10-12 years | 8.3% | 10.8% | 7.7% | 5.5% | 6.3% | 11.5% | 7.8% | 6.8% |
| 13-15 years | 6.9% | 7.2% | 7.9% | 5.1% | 3.4% | 10.3% | 7.8% | 6.8% |
| 16-20 years | 10.5% | 10.8% | 10.5% | 12.4% | 10.8% | 3.4% | 7.8% | 13.6% |
| 21-30 years | 19.1% | 15.0% | 19.7% | **24.5%** | 19.3% | **24.1%** | **22.6%** | 13.6% |
| Over 30 years | **21.9%** | **21.3%** | **21.7%** | 21.5% | **22.7%** | 20.7% | 21.7% | **30.5%** |
| Mean Number of Years | 18.7 | 17.9 | 18.7 | 19.3 | 19.2 | 18.9 | 19.5 | 21.2% |
| Median Number of Years | 16.0 | 15.0 | 16.0 | 19.0 | 17.5 | 15.0 | 17.0 | 19.0% |

Q1: What year were you admitted to the Oregon State Bar? *[converted into number of years]*

## Total Years Admitted to Practice

All respondents were also asked to provide the year they were admitted to any state bar, including Oregon. The responses were also converted to the number of years, which are presented in Table 8. The number of years was slightly higher, with 55.2% of all respondents being admitted to practice 15 or more years, and 28.1% being admitted to practice less than 10 years. These proportions are also similar to those in 2012, which were 55% and 32%, respectively.

| Table 8: Total Years Admitted to Practice in Any State (N=1,919) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Years** | **Oregon** (n=1,919) | **Portland** (n=572) | **Tri-County** (n=636) | **Upper Willamette Valley** (n=274) | **Lower Willamette Valley** (n=176) | **Southern Oregon** (n=87) | **Eastern Oregon** (n=115) | **Oregon Coast** (n=59) |
| 0-3 years | 8.1% | 8.6% | 7.4% | 8.0% | 12.5% | 8.0% | 6.1% | 3.4% |
| 4-6 years | 11.2% | 10.8% | 11.6% | 11.3% | 11.9% | 8.0% | 13.0% | 6.8% |
| 7-9 years | 8.8% | 8.9% | 8.6% | 6.9% | 10.2% | 8.0% | 11.3% | 10.2% |
| 10-12 years | 8.8% | 12.2% | 7.7% | 7.3% | 5.7% | 12.6% | 5.2% | 5.1% |
| 13-15 years | 7.5% | 8.2% | 7.7% | 5.5% | 4.0% | 9.2% | 10.4% | 8.5% |
| 16-20 years | 11.2% | 10.3% | 12.7% | 12.8% | 11.4% | 1.1% | 7.8% | 15.3% |
| 21-30 years | 19.5% | 15.2% | 19.5% | **25.5%** | 18.8% | **28.7%** | 20.9% | 18.6% |
| Over 30 years | **24.5%** | **25.0%** | **24.4%** | 21.9% | **25.6%** | 24.1% | **24.3%** | **32.2%** |
| Missing | 0.5% | 0.7% | 0.3% | 0.7% | 0.0% | 0.0% | 0.9% | 0.0% |
| Mean Number of Years | 20.0 | 19.4 | 19.9 | 20.0 | 20.3 | 20.9 | 20.1 | 23.3 |
| Median Number of Years | 18.0 | 16.0 | 18.0 | 20.0 | 19.0 | 21.0 | 17.0 | 22.0 |

Q2: What year were you admitted into any state bar (including Oregon)? *[converted into number of years]*

This year, an item was added to the survey asking respondents to indicate if they were an active member of other state bars. Options for Washington, Idaho, and California were included, as well as an Other option and a field for writing in another state. Of the 1,919 respondents, 543 (28.3%) reported being a member of at least one other state bar, the proportions of which are presented in Table 9. The Other category includes 27 other states in the US, as well as other countries, federal courts, and the patent bar. Since None Identified was the largest proportion both statewide and across the regions, the bolded percentages are the largest proportions excluding that category. Respondents could select all that apply so the percentages in the columns may add up to more than 100%.

| Table 9: Other States in which Oregon Attorneys Are an Active Member (N=1,919) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **State** *[listed in descending order based on Oregon percentages]* | **Oregon** (n=1,919) | **Portland** (n=572) | **Tri-County** (n=636) | **Upper Willamette Valley** (n=274) | **Lower Willamette Valley** (n=176) | **Southern Oregon** (n=87) | **Eastern Oregon** (n=115) | **Oregon Coast** (n=59) |
| Washington | **18.1%** | **31.1%** | **20.1%** | **6.2%** | **5.1%** | 3.4% | **10.4%** | 1.7% |
| California | 5.0% | 4.9% | 6.0% | 2.6% | 3.4% | **11.5%** | 3.5% | **5.1%** |
| New York | 2.0% | 3.3% | 2.0% | 0.7% | 2.3% | 0.0% | 0.0% | 0.0% |
| Idaho | 1.3% | 1.7% | 0.9% | 0.0% | 2.3% | 0.0% | 4.3% | 0.0% |
| Washington DC | 0.7% | 0.9% | 1.1% | 0.4% | 0.6% | 0.0% | 0.0% | 0.0% |
| Utah | 0.7% | 1.6% | 0.5% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% |
| Illinois | 0.6% | 0.5% | 0.9% | 0.7% | 0.6% | 0.0% | 0.0% | 0.0% |
| Texas | 0.5% | 0.7% | 0.6% | 0.0% | 0.6% | 1.1% | 0.0% | 0.0% |
| Massachusetts | 0.5% | 0.7% | 0.5% | 0.7% | 0.0% | 0.0% | 0.9% | 0.0% |
| Other | 4.2% | 6.1% | 3.9% | 2.9% | 4.0% | 3.4% | 0.9% | 3.4% |
| None Identified | 71.7% | 57.7% | 69.3% | 86.9% | 85.2% | 82.8% | 80.0% | 89.8% |

Q3: Are you an active member of any of the following other state bars? *[select all that apply]*

**Exhibit 3**          **Page 14 of 66**

## Currently Working as a Lawyer in Oregon

All respondents were asked to indicate whether or not they are currently working as a lawyer in Oregon. Table 10 shows the distribution of responses both statewide and by region. The majority of respondents (86.1% statewide, 79.1% to 96.5% regionally) were currently working as a lawyer in Oregon. The respondents who were currently working as a lawyer in Oregon will be the focus for the majority of the rest of this report.

### Table 10:  Currently Working as a Lawyer in Oregon (N=1,919)

|  | Oregon (n=1,919) | Portland (n=572) | Tri-County (n=636) | Upper Willamette Valley (n=274) | Lower Willamette Valley (n=176) | Southern Oregon (n=87) | Eastern Oregon (n=115) | Oregon Coast (n=59) |
|---|---|---|---|---|---|---|---|---|
| Working as an Oregon Lawyer | **86.1%** | **92.7%** | **79.1%** | **86.9%** | **80.7%** | **93.1%** | **96.5%** | **81.4%** |
| Not Working as an Oregon Lawyer | 13.9% | 7.3% | 20.9% | 13.1% | 19.3% | 6.9% | 3.5% | 18.6% |

Q4: Are you currently working as a lawyer in Oregon?

## Level of Employment

All respondents were asked to describe their level of employment, the proportions for which are presented in Table 11. The combination of Retired and Not Working as a Lawyer in Oregon is comparable to the proportion of Not Working as an Oregon Lawyer in Table 10, but just further differentiated to identify the subset of those respondents who were currently retired. The majority of respondents reported being a Full-time Lawyer (73.2% statewide, 62.7% to 83.6% regionally), which is comparable to the proportions in 2012 (72% statewide, 59% to 84% regionally).

### Table 11:  Current Level of Employment (N=1,919)

| Employment Level | Oregon (n=1,919) | Portland (n=572) | Tri-County (n=636) | Upper Willamette Valley (n=274) | Lower Willamette Valley (n=176) | Southern Oregon (n=87) | Eastern Oregon (n=115) | Oregon Coast (n=59) |
|---|---|---|---|---|---|---|---|---|
| Full-time Lawyer | **73.2%** | **83.6%** | **65.3%** | **72.6%** | **66.5%** | **80.5%** | **77.4%** | **62.7%** |
| Part-time Lawyer by Choice | 10.5% | 8.0% | 9.7% | 12.8% | 13.6% | 10.3% | 14.8% | 13.6% |
| Part-time Lawyer Due to Lack of Legal Work | 2.0% | 0.5% | 3.8% | 0.7% | 0.6% | 2.3% | 2.6% | 5.1% |
| Retired | 2.4% | 0.9% | 2.7% | 4.7% | 4.0% | 3.4% | 0.0% | 3.4% |
| Not Working as a Lawyer in Oregon | 11.4% | 6.5% | 18.2% | 8.4% | 15.3% | 3.4% | 3.5% | 15.3% |
| Missing | 0.5% | 0.5% | 0.3% | 0.7% | 0.0% | 0.0% | 1.7% | 0.0% |

Q5: What best describes your current level of employment?
Q4: Are you currently working as a lawyer in Oregon? *[Q4=No]*
Q4a: *[If Q4=No]* Please select the response that best describes your current employment status. *[Q4a=Retired]*

Respondents who reported not working as a lawyer in Oregon, but were not retired, described their current employment status. The distribution of those responses are presented in Table 12. The largest proportion of respondents reported Working, but Not in Legal Work and Not Wanting Legal Work (56.6% statewide). For this year's survey, additional responses were included to further delineate those who were not working to determine if that was By Choice or if they were Unemployed and Looking for Work.

| Table 12:   Level of Non-Legal Employment (n=219) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Non-Legal Employment | Oregon (n=219) | Portland (n=37) | Tri-County (n=116) | Upper Willamette Valley (n=23) | Lower Willamette Valley (27) | Southern Oregon (n=3) | Eastern Oregon (n=4) | Oregon Coast (n=9) |
| Working, but Not in Legal Work and **Not Wanting** Legal Work | 56.6% | 64.9% | 55.2% | 78.3% | 51.9% | 66.7% | 25.0% | 11.1% |
| Working, but Not in Legal Work and **Wanting** Legal Work | 12.3% | 13.5% | 12.9% | 13.0% | 11.1% | 33.3% | 0.0% | 0.0% |
| Not Working • Not Working by Choice | 12.8% | 2.7% | 16.4% | 0.0% | 18.5% | 0.0% | 25.0% | 22.2% |
| • Unemployed, Looking for Work | 8.2% | 5.4% | 11.2% | 0.0% | 0.0% | 0.0% | 25.0% | 22.2% |
| Missing | 10.1% | 13.5% | 4.3% | 8.7% | 18.5% | 0.0% | 25.0% | 44.4% |

Q4a: *[If Q4=No]* Please select the response that best describes your current employment status. *[Q4a responses other than Retired]*

A follow-up item asking what reasons respondents had for being a Part-time Lawyer by Choice was added for the 2017 survey. The first four reasons listed in Table 13 were included as response options, along with an Other, please specify option. The latter responses were reviewed and either included in the existing response options, included in one of the other three response options listed Table 13, or left in Other. The most common reasons (bolded in Table 13) were to Maintain a Work-Family Balance (46.8% statewide, 39.1% to 58.8% in five regions) and being Semi-retired (44.4% to 50.0% in two regions). Respondents could select all that apply so the percentages in the columns may add up to more than 100%.

| Table 13:   Reasons for Choosing to Be a Part-time Lawyer (n=201) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Reasons | Oregon (n=201) | Portland (n=46) | Tri-County (n=62) | Upper Willamette Valley (n=35) | Lower Willamette Valley (n=24) | Southern Oregon (n=9) | Eastern Oregon (n=17) | Oregon Coast (n=8) |
| Lack of Affordable, Quality Childcare | 2.5% | 0.0% | 4.8% | 2.9% | 0.0% | 0.0% | 0.0% | 12.5% |
| Maintain Work/Family Balance | **46.8%** | **39.1%** | **58.1%** | **45.7%** | 29.2% | **44.4%** | **58.8%** | 37.5% |
| Other Career Interests | 22.4% | 13.0% | 32.3% | 28.6% | 12.5% | 11.1% | 17.6% | 25.0% |
| Educational Pursuits | 2.0% | 2.2% | 3.2% | 2.9% | 0.0% | 0.0% | 0.0% | 0.0% |
| Semi-Retired | 28.4% | 32.6% | 17.7% | 25.7% | 45.8% | **44.4%** | 17.6% | **50.0%** |
| Age | 3.5% | 6.5% | 1.6% | 5.7% | 4.2% | 0.0% | 0.0% | 0.0% |
| Health, Mental Health, Tired | 6.0% | 4.3% | 3.2% | 5.7% | 12.5% | 0.0% | 17.6% | 0.0% |
| Other | 6.0% | 10.9% | 4.8% | 2.9% | 8.3% | 0.0% | 5.9% | 0.0% |
| Missing | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% | 11.1% | 0.0% | 0.0% |

Q5a: *[If Q5=Part-time lawyer by choice]* For what reason(s) are you a part-time lawyer by choice? *[select all that apply]*

Table 14 presents the distribution of total years admitted to practice (Oregon and other states) for respondents who reported not working as a lawyer in Oregon, which includes respondents who were retired. Although respondents were distributed throughout the number of years admitted to practice, the largest proportion was for those who were admitted to practice over 20 years (55.8% statewide). This is different than the findings in 2012, which had a much larger proportion in the 0-3 Years category (32% statewide). It is unclear from the 2012 report if respondents who were retired were included in this presentation, which could explain the difference.

| Table 14: Total Years Admitted to Practice for Respondents Not Working as a Lawyer in Oregon | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Years | Oregon (n=266) | Portland (n=42) | Tri-County (n=133) | Upper Willamette Valley (n=36) | Lower Willamette Valley (n=34) | Southern Oregon (n=6) | Eastern Oregon (n=4) | Oregon Coast (n=11) |
| 0-3 years | 6.4% | 11.9% | 4.5% | 2.8% | 14.7% | 0.0% | 0.0% | 0.0% |
| 4-6 years | 8.3% | 9.5% | 10.5% | 5.6% | 5.9% | 0.0% | 0.0% | 0.0% |
| 7-9 years | 7.9% | 7.1% | 10.5% | 0.0% | 11.8% | 0.0% | 0.0% | 0.0% |
| 10-12 years | 7.9% | 16.7% | 7.5% | 8.3% | 0.0% | 16.7% | 0.0% | 0.0% |
| 13-15 years | 8.3% | 4.8% | 8.3% | 8.3% | 5.9% | 0.0% | 75.0% | 9.1% |
| 16-20 years | 7.5% | 2.4% | 10.5% | 2.8% | 5.9% | 16.7% | 0.0% | 9.1% |
| 21-30 years | 20.7% | 16.7% | 20.3% | 27.8% | 14.7% | 16.7% | 0.0% | 45.5% |
| Over 30 years | 33.1% | 31.0% | 27.8% | 44.4% | 41.2% | 50.0% | 25.0% | 36.4% |

Q2: What year were you admitted into any state bar (including Oregon)? *[converted into number of years]*
Q4: Are you currently working as a lawyer in Oregon? *[Q4=No]*

For the majority of the rest of this report, the focus will be on respondents who were working as a lawyer in Oregon (n=1,653).

**Exhibit 3**                    **Page 17 of 66**

## Type of Employment

Respondents working as lawyers in Oregon were asked to describe their type of employment. Table 15 shows the distribution both statewide and by region. As was the case in previous years, the largest proportion of respondents were in private practice statewide (60.5%, 67% in 2012). This year, the survey included an Other option for respondents to select and then fill in a written response. Those responses were reviewed and either recoded into existing categories, left in Other, or coded into a new category labeled Public Defense based on input from OSB staff. The responses in Other included employment types such as arbitration and mediation, pro-bono, intellectual property, juvenile dependency, and practice management advising. Some respondents included in Other indicated that they were not practicing as of 12/31/2016.

It is important to note that for the 2017 survey, OSB staff decided that any respondent selecting Government (n=303) in the type of employment item would skip from that item (Q6) to the hourly billing rate item (Q14). They will not be included in the presentation of findings for Q7 through Q13.

| Table 15: Type of Employment as of 12/31/16 (n=1,653) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Employment Type** | Oregon (n=1,653) | Portland (n=530) | Tri-County (n=503) | Upper Willamette Valley (n=238) | Lower Willamette Valley (n=142) | Southern Oregon (n=81) | Eastern Oregon (n=111) | Oregon Coast (n=48) |
| Private Practice | **60.5%** | **71.5%** | **61.0%** | 38.2% | **55.6%** | **63.0%** | **57.7%** | **60.4%** |
| Private Non-profit | 7.4% | 7.2% | 7.8% | 3.8% | 9.2% | 13.6% | 9.0% | 6.3% |
| Government | 18.3% | 13.2% | 11.5% | **42.0%** | 21.1% | 16.0% | 18.9% | 22.6% |
| Corporate In-house Counsel | 7.4% | 4.9% | 14.1% | 5.0% | 7.0% | 2.5% | 0.9% | 0.0% |
| Judge/Hearings Officer | 3.5% | 2.3% | 2.0% | 8.0% | 4.9% | 1.2% | 6.3% | 4.2% |
| Public Defense | 1.4% | 0.2% | 1.0% | 2.1% | 1.4% | 3.7% | 4.5% | 4.2% |
| Other | 1.1% | 0.6% | 2.2% | 0.0% | 0.7% | 0.0% | 1.8% | 2.1% |
| Missing | 0.4% | 0.2% | 0.4% | 0.8% | 0.0% | 0.0% | 0.9% | 0.0% |

Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016?

### Area of Practice – Private Practice

Table 16 presents the areas of practice identified by respondents who reported being in private practice as of December 31, 2016. The item allowed respondents to select all of the areas that applied to them, so the percentages in the columns of Table 16 can add up to more than 100%. The responses in the Other category were reviewed and either recoded into existing categories, left in Other, or coded into a new category for Administrative Law based on input from OSB staff. The area of practice that represented the largest proportion of respondents statewide was Business/corporate – Transactional (16.6%). Variations occurred across the regions. The responses in Other included areas of practice such as elder law, labor and employment, appeals, juvenile, and mediation.

| Table 16: Area of Practice Representing 50% or More of Practice as of 12/31/16 – Private Practice Attorneys Only (n=1,000) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Practice Area – Private** | Oregon (n=1,000) | Portland (n=379) | Tri-County (n=307) | Upper Willamette Valley (n=91) | Lower Willamette Valley (n=79) | Southern Oregon (n=51) | Eastern Oregon (n=64) | Oregon Coast (n=29) |
| Bankruptcy | 3.4% | 3.7% | 2.9% | 4.4% | 3.8% | 3.9% | 3.1% | 0.0% |
| Business/ Corporate – Litigation | 11.7% | **17.4%** | 7.5% | 6.6% | 11.4% | 7.8% | 14.1% | 0.0% |
| Business/ Corporate – Transactional | **16.6%** | **17.4%** | 15.6% | 20.9% | 20.3% | 11.8% | 14.1% | 6.9% |
| Civil Litigation – Defendant (excludes insurance defense) | 10.5% | 16.4% | 5.5% | 3.3% | 11.4% | 13.7% | 9.4% | 3.4% |
| Civil Litigation – Insurance Defense | 7.9% | 13.7% | 4.2% | 6.6% | 5.1% | 5.9% | 0.0% | 3.4% |
| Civil Litigation – Plaintiff (excludes personal injury) | 15.7% | 17.2% | 13.4% | 11.0% | **26.6%** | 19.6% | 14.1% | 3.4% |
| Civil Litigation – Plaintiff, Personal Injury | 9.9% | 6.9% | 12.4% | 13.2% | 6.3% | 17.6% | 9.4% | 10.3% |
| Criminal – Private Bar | 5.6% | 4.2% | 4.9% | 5.5% | 5.1% | 7.8% | 9.4% | 20.7% |
| Family Law | 13.5% | 8.2% | 15.0% | 16.5% | 13.9% | 17.6% | **21.9%** | **31.0%** |
| Real Estate/Land Use/ Environmental Law | 11.8% | 8.7% | 12.4% | 9.9% | 15.2% | 17.6% | 20.3% | 13.8% |
| Tax/Estate Planning | 16.0% | 8.7% | **18.6%** | **26.4%** | 19.0% | **25.5%** | 20.3% | 17.2% |
| Workers' Compensation | 3.8% | 2.1% | 5.5% | 5.5% | 5.1% | 3.9% | 3.1% | 0.0% |
| Administrative Law | 3.9% | 2.9% | 4.6% | 3.3% | 8.9% | 2.0% | 4.7% | 0.0% |
| General (no area over 50%) | 7.6% | 3.2% | 7.2% | 6.6% | 11.4% | **25.5%** | 12.5% | 20.7% |
| Other | 6.1% | 4.7% | 8.1% | 8.8% | 5.1% | 3.9% | 1.6% | 10.3% |
| Missing | 0.1% | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Q7: Which area(s) of practice represented 50% or more of your practice as of 12/31/2016? *[select all that apply]*

Two additional areas of practice were included in the survey: Criminal – Public Defender and Criminal – Public Prosecutor. Due to such low counts in those areas for lawyers in private practice (n=30 and n=1, respectively), they were not included in Table 16.

## Size of Practice

Table 17 presents the distribution of the size of practice for all respondents not working in government (see explanation provided with Table 15). The most common practice size was a 1 Lawyer Office statewide (29.4%) and in six of the regions (29.4% to 40.0%). For the Portland region, a 7-20 Lawyer Office was most common (25.5%).

| Table 17: Size of Practice as of 12/31/16 (n=1,344[4]) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Practice Size** | Oregon (1,344) | Portland (459) | Tri-County (n=443) | Upper Willamette Valley (n=136) | Lower Willamette Valley (n=112) | Southern Oregon (n=68) | Eastern Oregon (n=89) | Oregon Coast (n=37) |
| 1 Lawyer Office | **29.4%** | 13.1% | **40.0%** | **33.8%** | **33.9%** | **29.4%** | **36.0%** | **59.5%** |
| 2 Lawyer Office | 10.9% | 8.1% | 12.9% | 9.6% | 15.2% | 14.7% | 11.2% | 5.4% |
| 3-6 Lawyer Office | 20.7% | 16.8% | 20.8% | 25.0% | 17.9% | 27.9% | 30.3% | 24.3% |
| 7-20 Lawyer Office | 19.4% | **25.5%** | 14.0% | 13.2% | 25.9% | 23.5% | 19.1% | 5.4% |
| 21-60 Lawyer Office | 10.0% | 17.6% | 7.0% | 11.0% | 4.5% | 2.9% | 0.0% | 0.0% |
| Over 60 Lawyer Office | 7.4% | 16.8% | 3.6% | 2.9% | 0.9% | 0.0% | 1.1% | 2.7% |
| Missing | 2.2% | 2.2% | 1.8% | 4.4% | 1.8% | 1.5% | 2.2% | 2.7% |

Q8: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2016?

## Method of Payment

Table 18 shows the distribution of methods of payment for full- and part-time lawyers who were not working in government. Approximately half of the respondents reported being paid as an owner (45.5% statewide, 42.6% to 59.5% across six regions). In the Portland region, slightly more respondents were paid as an employee (45.3%).

| Table 18: Method of Payment as of 12/31/16 for Full- and Part-time Lawyers (n=1,341[5]) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=1,341) | Portland (n=457) | Tri-County (n=443) | Upper Willamette Valley (n=136) | Lower Willamette Valley (n=112) | Southern Oregon (n=68) | Eastern Oregon (n=88) | Oregon Coast (n=37) |
| Owner *(Partner, Shareholder, Sole Practitioner)* | **45.5%** | 41.8% | **47.0%** | **42.6%** | **46.4%** | **50.0%** | **51.1%** | **59.5%** |
| Employee *(salaried or hourly)* | 40.9% | **45.3%** | 40.6% | **42.6%** | 39.3% | 36.8% | 29.5% | 24.3% |
| Contract *(paid by hour or assignment)* | 2.7% | 1.8% | 3.4% | 2.9% | 0.9% | 4.4% | 3.4% | 5.4% |
| Missing | 10.9% | 11.2% | 7.7% | 11.8% | 13.4% | 8.8% | 15.9% | 10.8% |

Q13: What was your method of payment as of 12/31/2016?

---

[4] Sample size: 1,653 (respondents working as a lawyer in Oregon) – 303 (respondents working in Government) – 6 (missing responses for Q6 (type of employment) = 1,344

[5] Sample size: 1,653 (respondents working as a lawyer in Oregon) – 303 (respondents working in Government) – 6 (missing responses for Q6 (type of employment) – 3 (missing responses from Q5 (level of employment) = 1,341

# Compensation

Respondents (excluding those working in Government) were asked to provide their annual income for the year ending December 31, 2016. The tables in this section provide mean, median and percentile data across a number of variables (see the Analytic Approach section of this report for details about those statistics). When interpreting these results, it is important to keep in mind that the compensation data includes both full- and part-time lawyers, unless otherwise noted.

Sample sizes included in the tables represent the number of respondents who provided a valid response that could be used to calculate the mean, median, and percentile statistics. They do not include the respondents who chose to not answer the survey item. At times, the sample sizes were quite small and caution should be used when interpreting the results. A notation of "n/a" is used for mean, median, and percentile statistics whenever data from less than five respondents was reported, in order to protect confidentiality. Bolding is done in tables to identify the highest amount of compensation per column, unless too few cells have compensation data available (i.e., most cells are "n/a").

## All Respondents

Table 19 presents the compensation amounts for all respondents other than those working in Government. The statewide mean compensation was $143,277, and the amount of compensation was highest for lawyers in the Portland region (mean=$170,870) and lowest for lawyers working in the Oregon Coast region ($81,505). Nearly all of the mean and median comparison amounts have increased since 2012, with the exception of the Oregon Coast (2012 mean=$81,981).

| Table 19:  2016 Compensation for All Respondents[6] | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Oregon (n=1,150) | Portland (n=391) | Tri-County (n=384) | Upper Willamette Valley (n=117) | Lower Willamette Valley (n=94) | Southern Oregon (n=60) | Eastern Oregon (n=73) | Oregon Coast (n=31) |
| Mean | $143,277 | $170,870 | $144,968 | $118,712 | $105,470 | $121,258 | $118,967 | $81,505 |
| Median | $105,000 | $125,000 | $100,000 | $97,660 | $90,000 | $85,000 | $84,000 | $70,000 |
| 25th Percentile | $64,974 | $83,244 | $60,000 | $60,000 | $60,000 | $57,000 | $55,000 | $44,000 |
| 75th Percentile | $165,000 | $200,000 | $160,000 | $134,600 | $134,000 | $150,000 | $160,000 | $120,000 |
| 95th Percentile | $400,000 | $440,000 | $425,000 | $340,000 | $200,000 | $325,000 | $260,000 | $170,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).

---

[6] One respondent reported an annual income of $3,000,000 for 2016. In consultation with OSB staff, it was determined that the amount was a significant outlier based on other respondent characteristics (e.g., level of employment, employment type), so it was removed before conducting the compensation analyses.

## Full-time and Part-time Lawyers

Table 20 presents compensation data for full- and part-time lawyers (excluding Government lawyers) across six characteristics of interest. Within each characteristic, the highest compensation amount has been **bolded**.

Gender only includes male and female due to so few people identifying as non-binary (n=4) and preferring not to disclose (n=24).

For Area of Practice, the statistics reported for the first 15 areas are for Private Practice lawyers only. The other two areas are for Private Nonprofit and Public Defense attorneys only. Sample sizes varied for each cell of the table; therefore, they were not included.

| Table 20:  2016 Compensation for Full-time and Part-time Lawyers by Selected Variables | | | | |
|---|---|---|---|---|
| | **Full-time** | | **Part-time** | |
| **Gender** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Male | **$171,110** | $125,875 | $78,558 | $60,000 |
| Female | $127,004 | $95,000 | $64,167 | $43,461 |
| **Age** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Under 30 years | $86,660 | $63,000 | $30,000 | $30,000 |
| 30-39 years | $107,030 | $87,000 | $49,752 | $43,461 |
| 40-49 years | $156,724 | $125,000 | $77,371 | $54,000 |
| 50-59 years | **$206,823** | $145,000 | $69,927 | $57,500 |
| 60 years or over | $195,305 | $140,000 | $77,978 | $56,569 |
| **Total Years Admitted to Practice** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| 0-3 years | $78,105 | $61,250 | $27,775 | $19,000 |
| 4-6 years | $90,943 | $77,953 | $47,346 | $51,730 |
| 7-9 years | $111,210 | $100,000 | $52,950 | $52,000 |
| 10-12 years | $130,541 | $108,000 | $67340 | $45,000 |
| 13-15 years | $178,318 | $127,500 | $42,666 | $30,620 |
| 16-20 years | $162,548 | $130,000 | $96,589 | $67,462 |
| 21-30 years | $195,509 | $140,000 | $62,934 | $43,000 |
| Over 30 years | **$211,797** | $150,000 | $100,359 | $60,000 |
| **Type of Employment** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Private Practice | $164,948 | $120,000 | $73,207 | $57,500 |
| Private Non-profit | $75,787 | $65,000 | $39,500 | $32,500 |
| Corporate In-house Counsel | **$177,570** | $140,000 | $208,200 | $150,000 |
| Judge/Hearings Officer | $125,399 | $130,000 | $61,111 | $46,569 |
| Public Defense | $109,583 | $110,500 | n/a | n/a |
| Other | $65,187 | $46,500 | n/a | n/a |

## Table 20: 2016 Compensation for Full-time and Part-time Lawyers by Selected Variables

| | Full-time | | Part-time | |
|---|---|---|---|---|
| **Area of Practice – Private Practice Only** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Bankruptcy | $128,382 | $108,000 | n/a | n/a |
| Business/ Corporate – Litigation | $202,546 | $160,000 | $79,198 | $62,500 |
| Business/ Corporate – Transactional | $192,863 | $130,000 | $110,631 | $90,000 |
| Civil Litigation – Defendant (excludes insurance defense) | $204,089 | $157,665 | $87,019 | $92,000 |
| Civil Litigation –Insurance Defense | $168,321 | $125,000 | n/a | n/a |
| Civil Litigation – Plaintiff (excludes personal injury) | $154,954 | $116,500 | $75,629 | $87,500 |
| Civil Litigation – Plaintiff, Personal Injury | $188,441 | $125,975 | $102,195 | $107,332 |
| Criminal – Private Bar | $175,667 | $124,500 | $47,000 | $15,000 |
| Family Law | $108,756 | $84,500 | $42,822 | $33,000 |
| Real Estate/Land Use/ Environmental Law | **$219,117** | $140,000 | $73,902 | $59,000 |
| Tax/Estate Planning | $123,945 | $85,118 | $77,657 | $43,000 |
| Workers' Compensation | $142,619 | $92,101 | n/a | n/a |
| General (no area over 50%) | $113,063 | $93,668 | $51,045 | $48,000 |
| Administrative Law | $110,219 | $100,000 | $94,873 | $90,620 |
| Other | $149,870 | $112,000 | $44,982 | $25,000 |
| **Area of Practice – Private Nonprofit or Public Defense** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Criminal – Public Defender | $84,812 | $71,000 | n/a | n/a |
| Criminal – Public Prosecutor | n/a | n/a | n/a | n/a |
| **Size of Practice** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| 1 Lawyer Office | $121,298 | $97,500 | $64,313 | $39,600 |
| 2 Lawyer Office | $132,431 | $106,500 | $76,675 | $70,000 |
| 3-6 Lawyer Office | $148,780 | $108,000 | $74,388 | $55,000 |
| 7-20 Lawyer Office | $170,872 | $120,000 | $116,721 | $72,500 |
| 21-60 Lawyer Office | $171,205 | $125,000 | $86,455 | $90,000 |
| Over 60 Lawyer Office | **$248,094** | $200,000 | $115,906 | $134,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q5: What best describes your current level of employment?
Q22: How do you identify your gender?
Q21: What was your age as of 12/31/2016?
Q2: What year were you admitted into any state bar (including Oregon)? *[converted into number of years]*
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016?
Q7: Which area(s) of practice represented 50% or more of your practice as of 12/31/2016? *[select all that apply]*
Q8: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2016?

**Exhibit 3**                    **Page 23 of 66**

## Gender

Table 21 presents the compensation amounts for male and female lawyers both statewide and across the seven regions. Statewide, female lawyers were earning less than male attorneys (mean=$115,979 vs. $159,026). This trend held true across six of the seven regions, except for the Lower Willamette Valley where women reported earning slight more than men (mean=$108,929 vs. $104,732).

### Table 21: 2016 Compensation by Gender

| Male | Oregon (n=674) | Portland (n=234) | Tri-County (n=202) | Upper Willamette Valley (n=73) | Lower Willamette Valley (n=64) | Southern Oregon (n=38) | Eastern Oregon (n=43) | Oregon Coast (n=20) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$159,026** | **$191,952** | **$161,256** | **$137,716** | $104,732 | **$134,976** | **$140,872** | **$87,527** |
| Median | $120,000 | $150,000 | $117,232 | $103,000 | $99,500 | $101,166 | $96,000 | $70,000 |
| 25th Percentile | $71,319 | $100,000 | $65,000 | $63,000 | $62,000 | $60,000 | $51,751 | $44,000 |
| 75th Percentile | $190,000 | $240,000 | $186,754 | $145,000 | $145,000 | $175,000 | $185,000 | $120,000 |
| 95th Percentile | $425,000 | $450,000 | $450,000 | $375,000 | $200,000 | $400,000 | $460,000 | $150,000 |

| Female | Oregon (n=450) | Portland (n=152) | Tri-County (n=170) | Upper Willamette Valley (n=41) | Lower Willamette Valley (n=28) | Southern Oregon (n=21) | Eastern Oregon (n=28) | Oregon Coast (n=10) |
|---|---|---|---|---|---|---|---|---|
| Mean | $115,979 | $131,878 | $120,825 | $88,938 | **$108,929** | $91,973 | $78,990 | $76,511 |
| Median | $88,000 | $99,500 | $84,500 | $88,000 | $62,248 | $76,000 | $75,000 | $73,500 |
| 25th Percentile | $57,000 | $69,596 | $52,000 | $55,000 | $48,000 | $57,000 | $55,000 | $50,000 |
| 75th Percentile | $130,000 | $145,000 | $130,000 | $125,000 | $110,000 | $120,000 | $110,000 | $103,000 |
| 95th Percentile | $300,000 | $400,000 | $318,000 | $160,000 | $450,000 | $200,000 | $156,000 | $170,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q22: How do you identify your gender?

Table 22 itemizes the annual compensation for men and women across years admitted to practice for full-time lawyers only. The trend for men earning more than women holds true across all years admitted to practice other than Over 30 Years when women (mean=$231,985) out-earn men (mean=$209,114).

### Table 22: 2016 Compensation by Gender and Years Admitted to Practice – Full-time Lawyers Only

| Male | 0-3 Years (n=42) | 4-6 Years (n=74) | 7-9 Years (n=48) | 10-12 Years (n=57) | 13-15 Years (n=33) | 16-20 Years (n=65) | 21-30 Years (n=101) | Over 30 Years (n=164) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$90,348** | **$90,323** | **$125,602** | **$147,454** | **$204,604** | **$165,752** | **$227,899** | $209,114 |
| Median | $65,500 | $79,000 | $112,500 | $120,000 | $175,000 | $140,000 | $155,000 | $154,203 |

| Female | 0-3 Years (n=43) | 4-6 Years (n=59) | 7-9 Years (n=43) | 10-12 Years (n=33) | 13-15 Years (n=39) | 16-20 Years (n=45) | 21-30 Years (n=65) | Over 30 Years (n=41) |
|---|---|---|---|---|---|---|---|---|
| Mean | $64,707 | $88,820 | $95,875 | $99,058 | $129,445 | $158,199 | $147,589 | **$231,985** |
| Median | $58,500 | $76,000 | $92,101 | $95,000 | $112,000 | $120,000 | $120,000 | $138,500 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q5: What best describes your current level of employment? [full-time only]
Q22: How do you identify your gender?
Q2: What year were you admitted into any state bar (including Oregon)? [converted into number of years]

**Exhibit 3          Page 24 of 66**

## Age

Table 23 presents the compensation amounts for lawyers in each of the five age groups. Statewide compensation consistently increased from Under 30 Years (mean=$84,347) to 50-59 Years (mean=$188,999), but then decreased slightly for lawyers who were 60 Years or Over (mean=$162,600). Variations occurred across the seven regions.

| Table 23: 2016 Compensation by Age | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Under 30 Years** (n=49) | Oregon (n=49) | Portland (n=15) | Tri-County (n=18) | Upper Willamette Valley (n=7) | Lower Willamette Valley (n=4) | Southern Oregon (n=1) | Eastern Oregon (n=3) | Oregon Coast (n=1) |
| Mean | $84,347 | $65,121 | $118,922 | $75,734 | n/a | n/a | n/a | n/a |
| Median | $61,500 | $61,000 | $68,250 | $63,452 | n/a | n/a | n/a | n/a |
| **30-39 Years** (n=330) | Oregon (n=330) | Portland (n=136) | Tri-County (n=92) | Upper Willamette Valley (n=32) | Lower Willamette Valley (n=23) | Southern Oregon (n=15) | Eastern Oregon (n=24) | Oregon Coast (n=8) |
| Mean | $101,996 | $110,269 | $96,945 | $100,052 | $67,073 | $121,876 | $107,182 | $74,818 |
| Median | $84,500 | $94,000 | $79,000 | $75,000 | $58,500 | $85,000 | $74,879 | $68,166 |
| **40-49 Years** (n=267) | Oregon (n=267) | Portland (n=97) | Tri-County (n=93) | Upper Willamette Valley (n=26) | Lower Willamette Valley (n=18) | Southern Oregon (n=16) | Eastern Oregon (n=11) | Oregon Coast (n=6) |
| Mean | $147,510 | $181,836 | $130,358 | $123,894 | **$139,750** | **$141,440** | $95,282 | **$96,000** |
| Median | $120,000 | $145,000 | $102,400 | $120,000 | $72,500 | $125,500 | $96,000 | $86,500 |
| **50-59 Years** (n=204) | Oregon (n=204) | Portland (n=54) | Tri-County (n=79) | Upper Willamette Valley (n=19) | Lower Willamette Valley (n=21) | Southern Oregon (n=13) | Eastern Oregon (n=15) | Oregon Coast (n=3) |
| Mean | **$188,999** | **$296,654** | $176,484 | $125,997 | $121,248 | $115,926 | $136,400 | n/a |
| Median | $131,500 | $207,500 | $140,000 | $120,000 | $120,000 | $83,300 | $130,000 | n/a |
| **60 Years or Over** (n=287) | Oregon (n=287) | Portland (n=87) | Tri-County (n=93) | Upper Willamette Valley (n=33) | Lower Willamette Valley (n=27) | Southern Oregon (n=15) | Eastern Oregon (n=19) | Oregon Coast (n=13) |
| Mean | $162,600 | $194,017 | **$180,007** | **$137,647** | $113,142 | $107,822 | **$138,456** | $92,387 |
| Median | $120,000 | $160,000 | $111,000 | $100,000 | $111,316 | $107,332 | $80,000 | $82,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q21: What was your age as of 12/31/2016?

## Years Admitted to Practice in Oregon

Table 24 presents compensation data across the eight groupings of years admitted to practice in Oregon. Statewide, compensation for 0-3 Years and 4-6 Years were quite comparable, then increased through 13-15 Years, decreased for the 16-20 Years grouping, and increased through Over 30 Years, with the latter being the age group with the highest amount of compensation. Slightly different trends occurred within the regions.

### Table 24:  2016 Compensation by Years Admitted to Practice in Oregon

| 0-3 Years | Oregon (n=130) | Portland (n=46) | Tri-County (n=42) | Upper Willamette Valley (n=12) | Lower Willamette Valley (n=12) | Southern Oregon (n=7) | Eastern Oregon (n=7) | Oregon Coast (n=4) |
|---|---|---|---|---|---|---|---|---|
| Mean | $90,709 | $115,268 | $98,055 | $62,370 | $50,417 | $48,143 | $62,153 | n/a |
| Median | $61,250 | $76,621 | $65,750 | $61,500 | $54,500 | $50,000 | $49,000 | n/a |

| 4-6 Years | Oregon (n=164) | Portland (n=62) | Tri-County (n=55) | Upper Willamette Valley (n=15) | Lower Willamette Valley (n=13) | Southern Oregon (n=8) | Eastern Oregon (n=8) | Oregon Coast (n=3) |
|---|---|---|---|---|---|---|---|---|
| Mean | $89,869 | $104,566 | $93,221 | $72,335 | $57,259 | $76,281 | $72,402 | n/a |
| Median | $78,000 | $91,500 | $75,000 | $67,785 | $55,006 | $78,871 | $60,000 | n/a |

| 7-9 Years | Oregon (n=101) | Portland (n=35) | Tri-County (n=27) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=9) | Southern Oregon (n=5) | Eastern Oregon (n=8) | Oregon Coast (n=4) |
|---|---|---|---|---|---|---|---|---|
| Mean | $115,553 | $116,662 | $96,481 | $148,177 | $149,295 | $134,200 | $79,470 | n/a |
| Median | $95,000 | $108,000 | $95,000 | $100,000 | $70,000 | $102,000 | $80,879 | n/a |

| 10-12 Years | Oregon (n=103) | Portland (n=44) | Tri-County (n=30) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=8) | Southern Oregon (n=7) | Eastern Oregon (n=6) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean | $125,300 | $137,104 | $122,079 | $107,500 | $83,519 | $129,882 | $136,732 | n/a |
| Median | $105,000 | $127,500 | $101,200 | $107,500 | $77,500 | $80,000 | $110,500 | n/a |

| 13-15 Years | Oregon (n=86) | Portland (n=34) | Tri-County (n=31) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=1) | Southern Oregon (n=7) | Eastern Oregon (n=4) | Oregon Coast (n=3) |
|---|---|---|---|---|---|---|---|---|
| Mean | $171,111 | $235,184 | $128,020 | $82,770 | n/a | $148,859 | n/a | n/a |
| Median | $120,000 | $161,000 | $106,000 | $85,500 | n/a | $155,000 | n/a | n/a |

| 16-20 Years | Oregon (n=114) | Portland (n=39) | Tri-County (n=39) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=13) | Southern Oregon (n=2) | Eastern Oregon (n=4) | Oregon Coast (n=4) |
|---|---|---|---|---|---|---|---|---|
| Mean | $149,777 | $171,197 | $143,453 | $133,666 | **$163,615** | n/a | n/a | n/a |
| Median | $120,617 | $135,000 | $100,000 | $120,000 | $150,000 | n/a | n/a | n/a |

| 21-30 Years | Oregon (n=200) | Portland (n=49) | Tri-County (n=74) | Upper Willamette Valley (n=26) | Lower Willamette Valley (n=14) | Southern Oregon (n=12) | Eastern Oregon (n=23) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean | $175,495 | **$262,297** | $174,876 | $127,852 | $116,578 | **$159,442** | $105,348 | n/a |
| Median | $130,000 | $200,000 | $140,000 | $111,686 | $113,500 | $110,000 | $80,000 | n/a |

| Over 30 Years | Oregon (n=252) | Portland (n=82) | Tri-County (n=86) | Upper Willamette Valley (n=26) | Lower Willamette Valley (n=24) | Southern Oregon (n=12) | Eastern Oregon (n=13) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$185,602** | $211,994 | **$205,242** | **$151,005** | $115,743 | $132,815 | **$186,590** | $112,664 |
| Median | $130,000 | $170,000 | $120,500 | $130,000 | $115,658 | $117,000 | $130,000 | $104,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q1: What year were you admitted to the Oregon State Bar? *[converted into number of years]*

## Total Years Admitted to Practice

Table 25 presents compensation amounts by total years admitted to practice in any state. Statewide, compensation gradually increases from 0-3 Years through 13-15 Years, decreases slightly for the 16-20 Years grouping, then increases through Over 30 Years. Again, slightly different trends occur across the seven regions.

### Table 25: 2016 Compensation by Total Years Admitted to Practice

| 0-3 Years | Oregon (n=94) | Portland (n=31) | Tri-County (n=33) | Upper Willamette Valley (n=9) | Lower Willamette Valley (n=10) | Southern Oregon (n=4) | Eastern Oregon (n=5) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean | $73,822 | $75,011 | $87,424 | $56,493 | $54,300 | n/a | $71,095 | n/a |
| Median | $60,000 | $71,000 | $60,000 | $60,000 | $54,500 | n/a | $49,000 | n/a |

| 4-6 Years | Oregon (n=147) | Portland (n=51) | Tri-County (n=49) | Upper Willamette Valley (n=16) | Lower Willamette Valley (n=13) | Southern Oregon (n=6) | Eastern Oregon (n=9) | Oregon Coast (n=3) |
|---|---|---|---|---|---|---|---|---|
| Mean | $87,978 | $109,439 | $84,256 | $73,126 | $59,182 | $94,542 | $67,424 | n/a |
| Median | $76,000 | $90,000 | $67,019 | $72,869 | $58,500 | $82,500 | $55,000 | n/a |

| 7-9 Years | Oregon (n=103) | Portland (n=37) | Tri-County (n=27) | Upper Willamette Valley (n=12) | Lower Willamette Valley (n=9) | Southern Oregon (n=5) | Eastern Oregon (n=8) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Mean | $105,554 | $112,587 | $104,578 | $132,192 | $63,962 | $138,200 | $76,595 | $83,400 |
| Median | $95,000 | $108,000 | $105,000 | $92,500 | $60,000 | $102,000 | $80,879 | $90,000 |

| 10-12 Years | Oregon (n=106) | Portland (n=50) | Tri-County (n=29) | Upper Willamette Valley (n=7) | Lower Willamette Valley (n=7) | Southern Oregon (n=8) | Eastern Oregon (n=4) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean | $121,597 | $130,935 | $124,885 | $99,286 | $86,164 | $113,646 | n/a | n/a |
| Median | $102,750 | $110,000 | $102,500 | $95,000 | $80,000 | $78,000 | n/a | n/a |

| 13-15 Years | Oregon (n=85) | Portland (n=35) | Tri-County (n=28) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=2) | Southern Oregon (n=6) | Eastern Oregon (n=5) | Oregon Coast (n=4) |
|---|---|---|---|---|---|---|---|---|
| Mean | $160,764 | $202,161 | $130,105 | $86,324 | n/a | **$158,619** | **$205,400** | n/a |
| Median | $120,000 | $160,000 | $113,500 | $110,000 | n/a | $165,356 | $150,000 | n/a |

| 16-20 Years | Oregon (n=127) | Portland (n=40) | Tri-County (n=51) | Upper Willamette Valley (n=14) | Lower Willamette Valley (n=13) | Southern Oregon (n=0) | Eastern Oregon (n=5) | Oregon Coast (n=4) |
|---|---|---|---|---|---|---|---|---|
| Mean | $154,238 | $186,954 | $136,841 | $124,833 | **$194,385** | n/a | $92,300 | n/a |
| Median | $120,000 | $160,000 | $94,541 | $120,000 | $145,000 | n/a | $96,000 | n/a |

| 21-30 Years | Oregon (n=200) | Portland (n=45) | Tri-County (n=75) | Upper Willamette Valley (n=28) | Lower Willamette Valley (n=14) | Southern Oregon (n=16) | Eastern Oregon (n=19) | Oregon Coast (n=3) |
|---|---|---|---|---|---|---|---|---|
| Mean | $176,949 | **$272,117** | $173,605 | $135,791 | $125,086 | $138,788 | $119,368 | n/a |
| Median | $128,500 | $150,000 | $135,000 | $121,788 | $125,000 | $102,500 | $96,000 | n/a |

| Over 30 Years | Oregon (n=281) | Portland (n=99) | Tri-County (n=90) | Upper Willamette Valley (n=25) | Lower Willamette Valley (n=26) | Southern Oregon (n=15) | Eastern Oregon (n=17) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$183,349** | $212,545 | **$203,620** | **$145,126** | $113,647 | $115,252 | $166,333 | $112,664 |
| Median | $132,000 | $177,000 | $124,234 | $130,000 | $114,158 | $107,332 | $130,000 | $104,000 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q2: What year were you admitted into any state bar (including Oregon)? *[converted into number of years]*

## Type of Employment

Table 26 presents compensation amounts across the different types of employment. The highest compensation statewide was for Corporate In-house Counsel (mean=$180,380). Due to the small sample sizes for Public Defense (n=16) and Other (n=12) types of employment, compensation data was not reportable for most of the regions.

### Table 26:  2016 Compensation by Type of Employment as of 12/31/16

| Private Practice | Oregon (n=865) | Portland (n=328) | Tri-County (n=265) | Upper Willamette Valley (n=79) | Lower Willamette Valley (n=69) | Southern Oregon (n=43) | Eastern Oregon (n=56) | Oregon Coast (n=25) |
|---|---|---|---|---|---|---|---|---|
| Mean | $150,736 | **$181,381** | $145,088 | $123,806 | $109,518 | **$133,475** | **$131,151** | $80,986 |
| Median | $108,000 | $132,632 | $100,000 | $90,000 | $90,000 | $102,000 | $96,000 | $70,000 |
| 25th Percentile | $65,000 | $85,000 | $57,000 | $55,000 | $60,000 | $60,000 | $52,000 | $44,000 |
| 75th Percentile | $175,712 | $225,000 | $165,000 | $140,000 | $145,000 | $175,712 | $170,000 | $120,000 |
| 95th Percentile | $430,000 | $450,000 | $450,000 | $375,000 | $200,000 | $329,000 | $460,000 | $150,000 |

| Private Nonprofit | Oregon (n=104) | Portland (n=31) | Tri-County (n=33) | Upper Willamette Valley (n=7) | Lower Willamette Valley (n=11) | Southern Oregon (n=11) | Eastern Oregon (n=9) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean | $71,600 | $67,227 | $71,667 | $67,929 | $75,000 | $87,990 | $62,889 | n/a |
| Median | $64,500 | $65,000 | $60,000 | $60,000 | $62,000 | $77,741 | $65,000 | n/a |
| 25th Percentile | $52,000 | $50,622 | $49,295 | $45,000 | $54,000 | $54,150 | $55,000 | n/a |
| 75th Percentile | $85,000 | $85,000 | $83,800 | $104,000 | $85,000 | $110,000 | $65,000 | n/a |
| 95th Percentile | $136,000 | $120,000 | $149,000 | $127,000 | $190,000 | $215,000 | $76,000 | n/a |

| Corporate In-house Counsel | Oregon (n=109) | Portland (n=22) | Tri-County (n=66) | Upper Willamette Valley (n=11) | Lower Willamette Valley (n=7) | Southern Oregon (n=2) | Eastern Oregon (n=1) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$180,380** | $167,328 | **$200,715** | **$129,723** | $112,555 | n/a | n/a | n/a |
| Median | $140,000 | $146,197 | $150,000 | $130,000 | $110,000 | n/a | n/a | n/a |
| 25th Percentile | $102,500 | $120,000 | $100,500 | $88,500 | $85,000 | n/a | n/a | n/a |
| 75th Percentile | $185,000 | $173,617 | $220,000 | $145,000 | $140,000 | n/a | n/a | n/a |
| 95th Percentile | $400,000 | $244,799 | $425,000 | $340,000 | $155,000 | n/a | n/a | n/a |

| Judge/ Hearings Officer | Oregon (n=44) | Portland (n=7) | Tri-County (n=8) | Upper Willamette Valley (n=16) | Lower Willamette Valley (n=6) | Southern Oregon (n=1) | Eastern Oregon (n=5) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean | $113,815 | $137,071 | $99,863 | $109,574 | **$124,098** | n/a | $91,333 | n/a |
| Median | $125,000 | $130,000 | $118,234 | $125,288 | $127,500 | n/a | $130,000 | n/a |
| 25th Percentile | $103,372 | $116,000 | $60,000 | $85,000 | $120,000 | n/a | $176,664 | n/a |
| 75th Percentile | $133,000 | $134,500 | $124,468 | $132,000 | $134,000 | n/a | $137,000 | n/a |
| 95th Percentile | $170,000 | $202,000 | $130,000 | $145,000 | $170,586 | n/a | $156,000 | n/a |

| Public Defense | Oregon (n=16) | Portland (n=1) | Tri-County (n=4) | Upper Willamette Valley (n=4) | Lower Willamette Valley (n=0) | Southern Oregon (n=3) | Eastern Oregon (n=2) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean | $88,844 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | $84,500 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 25th Percentile | $46,000 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 75th Percentile | $116,000 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $210,000 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

## Table 26: 2016 Compensation by Type of Employment as of 12/31/16

| Other | Oregon (n=12) | Portland (n=2) | Tri-County (n=8) | Upper Willamette Valley (n=0) | Lower Willamette Valley (n=1) | Southern Oregon (n=0) | Eastern Oregon (n=0) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean | $70,343 | n/a | $46,438 | n/a | n/a | n/a | n/a | n/a |
| Median | $44,000 | n/a | $44,000 | n/a | n/a | n/a | n/a | n/a |
| 25th Percentile | $0 | n/a | $0.0 | n/a | n/a | n/a | n/a | n/a |
| 75th Percentile | $79,500 | n/a | $55,000 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $272,611 | n/a | $149,000 | n/a | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016?

## Area of Practice

Table 27 presents compensation amounts across the 15 areas of practice for private practice lawyers only. The highest compensation statewide was for Civil Litigation – Defendant (excluding insurance defense; mean=$194,231) and the lowest was for Family Law (mean=$100,445). No individual area of practice was bolded for Oregon Coast due to such small sample sizes.

## Table 27: 2016 Compensation by Area of Practice – Private Practice Lawyers Only

| Bankruptcy | Oregon (n=27) | Portland (n=10) | Tri-County (n=8) | Upper Willamette Valley (n=3) | Lower Willamette Valley (n=3) | Southern Oregon (n=1) | Eastern Oregon (n=2) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean | $119,659 | $128,553 | $146,769 | n/a | n/a | n/a | n/a | n/a |
| Median | $100,000 | $109,000 | $120,000 | n/a | n/a | n/a | n/a | n/a |
| 25th Percentile | $60,000 | $79,430 | $54,000 | n/a | n/a | n/a | n/a | n/a |
| 75th Percentile | $150,000 | $145,000 | $150,000 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $300,000 | 264,620 | $325,000 | n/a | n/a | n/a | n/a | n/a |

| Business/ Corporate -- Litigation | Oregon (n=102) | Portland (n=58) | Tri-County (n=18) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=8) | Southern Oregon (n=4) | Eastern Oregon (n=8) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean | $192,872 | $197,512 | $202,530 | $71,458 | $183,019 | n/a | $181,845 | n/a |
| Median | $150,000 | $160,673 | $140,000 | $49,824 | $113,500 | n/a | $177,500 | n/a |
| 25th Percentile | $105,000 | $125,000 | $100,000 | $31,098 | $65,000 | n/a | $77,758 | n/a |
| 75th Percentile | $232,000 | $246,000 | $200,000 | $120,000 | $148,149 | n/a | $232,000 | n/a |
| 95th Percentile | $433,000 | $425,000 | $105,000 | $160,000 | $700,000 | n/a | $460,000 | n/a |

| Business/ Corporate – Transactional | Oregon (n=145) | Portland (n=61) | Tri-County (n=39) | Upper Willamette Valley (n=17) | Lower Willamette Valley (n=12) | Southern Oregon (n=6) | Eastern Oregon (n=8) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean | $174,715 | $213,476 | $162,933 | $134,000 | $81,750 | $280,222 | $97,125 | n/a |
| Median | $120,000 | $127,021 | $104,056 | $120,000 | $80,000 | $302,500 | $85,500 | n/a |
| 25th Percentile | $64,974 | $84,000 | $44,500 | $70,000 | $57,000 | $140,000 | $240,000 | n/a |
| 75th Percentile | $195,000 | $227,526 | $180,000 | $175,000 | $100,000 | $329,000 | $100,000 | n/a |
| 95th Percentile | $500,000 | $685,000 | $700,000 | $375,000 | $140,000 | $500,000 | $232,000 | n/a |

## Table 27: 2016 Compensation by Area of Practice – Private Practice Lawyers Only

| Civil Litigation – Defendant (excludes insurance defense) | Oregon (n=95) | Portland (n=58) | Tri-County (n=14) | Upper Willamette Valley (n=2) | Lower Willamette Valley (n=7) | Southern Oregon (n=7) | Eastern Oregon (n=6) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$194,231** | $190,273 | **$238,686** | n/a | $93,571 | $248,755 | $168,025 | n/a |
| Median | $149,105 | $149,000 | $123,500 | n/a | $99,000 | $220,000 | $177,695 | n/a |
| 25th Percentile | $103,000 | $110,000 | $112,000 | n/a | $54,000 | $190,839 | $93,000 | n/a |
| 75th Percentile | $250,000 | $250,000 | $230,000 | n/a | $110,000 | $329,000 | $232,000 | n/a |
| 95th Percentile | $440,000 | $425,000 | $105,000 | n/a | $165,000 | $500,000 | $250,000 | n/a |

| Civil Litigation – Insurance Defense | Oregon (n=72) | Portland (n=46) | Tri-County (n=13) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=3) | Southern Oregon (n=3) | Eastern Oregon (n=0) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean | $162,858 | $150,557 | $123,517 | **$332,333** | n/a | n/a | n/a | n/a |
| Median | $123,117 | $117,500 | $102,400 | $222,500 | n/a | n/a | n/a | n/a |
| 25th Percentile | $88,000 | $90,000 | $80,000 | $63,000 | n/a | n/a | n/a | n/a |
| 75th Percentile | $185,000 | $175,000 | $172,000 | $350,000 | n/a | n/a | n/a | n/a |
| 95th Percentile | $350,000 | $325,000 | $220,000 | $1,073,000 | n/a | n/a | n/a | n/a |

| Civil Litigation – Plaintiff (excludes personal injury) | Oregon (n=134) | Portland (n=59) | Tri-County (n=27) | Upper Willamette Valley (n=10) | Lower Willamette Valley (n=19) | Southern Oregon (n=9) | Eastern Oregon (n=9) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean | $149,034 | $166,795 | $130,725 | $162,463 | $95,399 | $206,941 | $138,932 | n/a |
| Median | $112,000 | $120,000 | $113,000 | $90,000 | $90,000 | $190,839 | $150,000 | n/a |
| 25th Percentile | $71,500 | $80,000 | $85,000 | $39,647 | $52,000 | $71,000 | $93,000 | n/a |
| 75th Percentile | $165,000 | $165,000 | $150,000 | $160,000 | $156,000 | $325,000 | $205,389 | n/a |
| 95th Percentile | $350,000 | $400,000 | $310,000 | $662,979 | $200,000 | $50,000 | $250,000 | n/a |

| Civil Litigation – Plaintiff, Personal Injury | Oregon (n=84) | Portland (n=21) | Tri-County (n=34) | Upper Willamette Valley (n=10) | Lower Willamette Valley (n=4) | Southern Oregon (n=8) | Eastern Oregon (n=5) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean | $179,200 | $166,291 | $180,950 | $176,342 | n/a | $140,917 | **$325,200** | n/a |
| Median | $122,500 | $110,000 | $144,553 | $115,000 | n/a | $96,166 | $225,000 | n/a |
| 25th Percentile | $80,000 | $90,000 | $85,000 | $65,000 | n/a | $50,000 | $170,000 | n/a |
| 75th Percentile | $220,000 | $194,000 | $250,000 | $192,000 | n/a | $150,000 | $506,000 | n/a |
| 95th Percentile | $506,000 | $425,000 | $447,288 | $662,979 | n/a | $400,000 | $700,000 | n/a |

| Criminal – Private Bar | Oregon (n=45) | Portland (n=12) | Tri-County (n=13) | Upper Willamette Valley (n=4) | Lower Willamette Valley (n=1) | Southern Oregon (n=4) | Eastern Oregon (n=6) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Mean | $161,380 | $210,123 | $199,462 | n/a | n/a | n/a | $68,100 | $78,800 |
| Median | $121,000 | $147,500 | $125,000 | n/a | n/a | n/a | $36,300 | $70,000 |
| 25th Percentile | $70,000 | $70,000 | $108,000 | n/a | n/a | n/a | $0 | $44,000 |
| 75th Percentile | $180,000 | $215,000 | $200,000 | n/a | n/a | n/a | $116,000 | $140,000 |
| 95th Percentile | $450,000 | $800,000 | $600,000 | n/a | n/a | n/a | $220,000 | $140,000 |

## Table 27: 2016 Compensation by Area of Practice – Private Practice Lawyers Only

| Family Law | Oregon (n=119) | Portland (n=26) | Tri-County (n=41) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=10) | Southern Oregon (n=8) | Eastern Oregon (n=12) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| Mean | $100,445 | $112,840 | $110,990 | $67,799 | $88,760 | $131,105 | $90,901 | $66,542 |
| Median | $78,000 | $84,488 | $80,000 | $65,000 | $77,500 | $134,500 | $76,000 | $70,000 |
| 25th Percentile | $48,209 | $52,000 | $50,000 | $32,820 | $48,000 | $50,000 | $43,461 | $48,209 |
| 75th Percentile | $120,000 | $175,000 | $121,000 | $84,000 | $105,000 | $190,839 | $110,000 | $90,000 |
| 95th Percentile | $260,000 | $280,000 | $261,751 | $130,000 | $200,000 | $225,000 | $260,000 | $140,000 |

| Real Estate/ Land Use/ Environmental Law | Oregon (n=101) | Portland (n=29) | Tri-County (n=31) | Upper Willamette Valley (n=8) | Lower Willamette Valley (n=11) | Southern Oregon (n=8) | Eastern Oregon (n=11) | Oregon Coast (n=3) |
|---|---|---|---|---|---|---|---|---|
| Mean | $180,216 | **$272,130** | $174,822 | $152,625 | $86,084 | $206,814 | $89,636 | n/a |
| Median | $120,000 | $170,000 | $120,000 | $160,000 | $90,000 | $157,500 | $75,000 | n/a |
| 25th Percentile | $65,000 | $120,000 | $41,000 | $100,000 | $47,924 | $50,000 | $24,000 | n/a |
| 75th Percentile | $200,000 | $260,000 | $194,000 | $195,000 | $104,000 | $325,000 | $150,000 | n/a |
| 95th Percentile | $500,000 | $750,000 | $500,000 | $220,000 | $200,000 | $500,000 | $232,000 | n/a |

| Tax/Estate Planning | Oregon (n=141) | Portland (n=29) | Tri-County (n=52) | Upper Willamette Valley (n=20) | Lower Willamette Valley (n=13) | Southern Oregon (n=11) | Eastern Oregon (n=11) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Mean | $111,142 | $154,294 | $120,314 | $86,967 | $68,054 | $98,118 | $86,327 | $57,433 |
| Median | $78,000 | $120,000 | $66,071 | $87,843 | $60,000 | $71,000 | $75,000 | $50,000 |
| 25th Percentile | $46,000 | $71,000 | $35,000 | $45,000 | $43,000 | $50,000 | $30,000 | $12,114 |
| 75th Percentile | $135,000 | $225,000 | $130,000 | $100,000 | $99,000 | $140,000 | $120,000 | $105,000 |
| 95th Percentile | $350,000 | $400,000 | $425,000 | $195,000 | $170,000 | $280,000 | $232,000 | $120,000 |

| Workers' Compensation | Oregon (n=33) | Portland (n=8) | Tri-County (n=14) | Upper Willamette Valley (n=4) | Lower Willamette Valley (n=4) | Southern Oregon (n=1) | Eastern Oregon (n=2) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean | $136,400 | $138,651 | $139,107 | n/a | n/a | n/a | n/a | n/a |
| Median | $82,105 | $112,500 | $79,000 | n/a | n/a | n/a | n/a | n/a |
| 25th Percentile | $62,500 | $82,105 | $60,000 | n/a | n/a | n/a | n/a | n/a |
| 75th Percentile | $175,000 | $150,000 | $175,000 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $450,000 | $250,000 | $600,000 | n/a | n/a | n/a | n/a | n/a |

| Administrative Law | Oregon (n=31) | Portland (n=7) | Tri-County (n=12) | Upper Willamette Valley (n=3) | Lower Willamette Valley (n=6) | Southern Oregon (n=0) | Eastern Oregon (n=3) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean | $107,249 | $117,666 | $109,225 | n/a | $111,723 | n/a | n/a | n/a |
| Median | $100,000 | $104,000 | $100,000 | n/a | $115,658 | n/a | n/a | n/a |
| 25th Percentile | $68,000 | $51,660 | $69,924 | n/a | $80,000 | n/a | n/a | n/a |
| 75th Percentile | $145,000 | $165,000 | $120,000 | n/a | $145,000 | n/a | n/a | n/a |
| 95th Percentile | $195,257 | $278,000 | $195,257 | n/a | $146,025 | n/a | n/a | n/a |

## Table 27: 2016 Compensation by Area of Practice – Private Practice Lawyers Only

| General (no area over 50%) | Oregon (n=63) | Portland (n=8) | Tri-County (n=18) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=8) | Southern Oregon (n=12) | Eastern Oregon (n=5) | Oregon Coast (n=6) |
|---|---|---|---|---|---|---|---|---|
| Mean | $102,235 | $143,792 | $102,105 | $85,500 | $110,037 | $91,393 | $135,495 | $47,513 |
| Median | $80,000 | $130,000 | $65,197 | $92,500 | $92,500 | $81,000 | $130,000 | $42,000 |
| 25th Percentile | $48,474 | $87,000 | $45,000 | $48,000 | $61,000 | $50,000 | $120,000 | $11,000 |
| 75th Percentile | $145,000 | $200,000 | $100,000 | $120,000 | $150,000 | $125,000 | $160,000 | $70,000 |
| 95th Percentile | $225,000 | $246,000 | $460,000 | $145,000 | $224,297 | $175,712 | $219,000 | $120,000 |

| Other | Oregon (n=52) | Portland (n=17) | Tri-County (n=21) | Upper Willamette Valley (n=8) | Lower Willamette Valley (n=4) | Southern Oregon (n=1) | Eastern Oregon (n=1) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean | $123,648 | $158,440 | $117,978 | $85,461 | n/a | n/a | n/a | n/a |
| Median | $90,000 | $111,000 | $85,837 | $65,393 | n/a | n/a | n/a | n/a |
| 25th Percentile | $60,000 | $72,000 | $51,000 | $25,000 | n/a | n/a | n/a | n/a |
| 75th Percentile | $175,000 | $265,000 | $160,000 | $70,000 | n/a | n/a | n/a | n/a |
| 95th Percentile | $320,000 | $443,120 | $220,000 | $200,000 | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q7: Which area(s) of practice represented 50% or more of your practice as of 12/31/2016? [select all that apply]
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016? [private practice only]

Table 28 presents compensation amounts across the additional two areas of practice for private nonprofit or public defense lawyers only. Due to such a small sample size for the Criminal – Public Prosecutor area of practice, none of the compensation amounts can be presented.

## Table 28: 2016 Compensation by Area of Practice – Private Nonprofit or Public Defense

| Criminal – Public Defender | Oregon (n=36) | Portland (n=5) | Tri-County (n=5) | Upper Willamette Valley (n=8) | Lower Willamette Valley (n=3) | Southern Oregon (n=6) | Eastern Oregon (n=6) | Oregon Coast (n=3) |
|---|---|---|---|---|---|---|---|---|
| Mean | $81,226 | $70,277 | $95,200 | $87,188 | n/a | $93,290 | $62,250 | n/a |
| Median | $67,500 | $70,000 | $65,000 | $60,000 | n/a | $86,371 | $65,000 | n/a |
| 25th Percentile | $58,500 | $55,383 | $61,500 | $45,000 | n/a | $76,000 | $64,000 | n/a |
| 75th Percentile | $105,000 | $106,000 | $116,000 | $81,000 | n/a | $110,000 | $72,000 | n/a |
| 95th Percentile | $175,000 | $120,000 | $175,000 | $210,000 | n/a | $136,000 | $105,000 | n/a |

| Criminal – Public Prosecutor | Oregon (n=2) | Portland (n=0) | Tri-County (n=1) | Upper Willamette Valley (n=0) | Lower Willamette Valley (n=0) | Southern Oregon (n=1) | Eastern Oregon (n=0) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 25th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 75th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q7: Which area(s) of practice represented 50% or more of your practice as of 12/31/2016? [select all that apply]

**Exhibit 3**          **Page 32 of 66**

## Size of Practice

Table 29 presents compensation amounts for the different sizes of practice. Statewide, the highest compensation was for the Over 60 Lawyer practice (mean=$232,900), while the highest level of compensation varied across the regions. No individual area of practice was bolded for Oregon Coast due to such small sample sizes.

## Table 29: 2016 Compensation by Size of Practice

| 1 Lawyer Office | Oregon (n=328) | Portland (n=47) | Tri-County (n=151) | Upper Willamette Valley (n=42) | Lower Willamette Valley (n=30) | Southern Oregon (n=17) | Eastern Oregon (n=24) | Oregon Coast (n=17) |
|---|---|---|---|---|---|---|---|---|
| Mean | $104,272 | $125,260 | $110,923 | $104,267 | $106,858 | $78,302 | $68,964 | $58,438 |
| Median | $80,000 | $106,667 | $80,000 | $84,000 | $90,000 | $80,000 | $50,000 | $48,209 |
| 25th Percentile | $40,000 | $50,000 | $40,000 | $38,000 | $60,000 | $35,000 | $20,000 | $11,000 |
| 75th Percentile | $130,000 | $180,000 | $130,000 | $160,000 | $120,000 | $107,332 | $76,000 | $90,000 |
| 95th Percentile | $278,000 | $287,000 | $340,000 | $220,000 | $200,000 | $215,000 | $220,000 | $150,000 |

| 2 Lawyer Office | Oregon (n=127) | Portland (n=34) | Tri-County (n=48) | Upper Willamette Valley (n=12) | Lower Willamette Valley (n=13) | Southern Oregon (n=9) | Eastern Oregon (n=9) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean | $127,602 | $144,092 | $133,974 | $99,508 | **$131,663** | $104,959 | $63,553 | n/a |
| Median | $103,000 | $107,000 | $104,500 | $103,000 | $117,000 | $71,000 | $65,000 | n/a |
| 25th Percentile | $65,000 | $61,000 | $66,545 | $72,000 | $68,000 | $65,000 | $49,000 | n/a |
| 75th Percentile | $160,000 | $160,000 | $195,257 | $110,000 | $175,000 | $125,000 | $80,000 | n/a |
| 95th Percentile | $313,250 | $425,000 | $300,000 | $195,000 | $450,000 | $228,182 | $110,000 | n/a |

| 3-6 Lawyer Office | Oregon (n=249) | Portland (n=66) | Tri-County (n=85) | Upper Willamette Valley (n=29) | Lower Willamette Valley (n=17) | Southern Oregon (n=18) | Eastern Oregon (n=25) | Oregon Coast (n=9) |
|---|---|---|---|---|---|---|---|---|
| Mean | $144,000 | $126,336 | $170,924 | $135,030 | $89,152 | $127,658 | **$175,840** | $95,944 |
| Median | $105,000 | $102,500 | $116,000 | $88,500 | $70,000 | $85,000 | $150,000 | $104,000 |
| 25th Percentile | $65,000 | $72,000 | $75,000 | $60,000 | $50,000 | $50,000 | $93,000 | $65,000 |
| 75th Percentile | $165,000 | $153,000 | $186,754 | $125,000 | $125,000 | $150,000 | $205,389 | $120,000 |
| 95th Percentile | $400,000 | $246,000 | $500,000 | $400,000 | $170,586 | $400,000 | $506,000 | $170,000 |

| 7-20 Lawyer Office | Oregon (n=225) | Portland (n=97) | Tri-County (n=58) | Upper Willamette Valley (n=15) | Lower Willamette Valley (n=27) | Southern Oregon (n=13) | Eastern Oregon (n=13) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean | $165,096 | $181,056 | $178,155 | **$141,640** | $101,967 | **$180,454** | $143,962 | n/a |
| Median | $110,000 | $113,000 | $122,234 | $90,686 | $80,000 | $175,712 | $100,000 | n/a |
| 25th Percentile | $68,000 | $80,000 | $75,000 | $60,000 | $60,000 | $76,000 | $65,000 | n/a |
| 75th Percentile | $176,000 | $185,720 | $180,000 | $135,000 | $150,000 | $225,000 | $170,000 | n/a |
| 95th Percentile | $500,000 | $651,531 | $500,000 | $662,979 | $200,000 | $500,000 | $460,000 | n/a |

| 21-60 Lawyer Office | Oregon (n=120) | Portland (n=75) | Tri-County (n=25) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=5) | Southern Oregon (n=2) | Eastern Oregon (n=0) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean | $163,436 | $194,770 | $106,840 | $127,952 | $87,830 | n/a | n/a | n/a |
| Median | $122,000 | $135,000 | $89,000 | $120,000 | $85,000 | n/a | n/a | n/a |
| 25th Percentile | $88,000 | $100,000 | $62,500 | $85,000 | $65,000 | n/a | n/a | n/a |
| 75th Percentile | $161,346 | $200,000 | $143,000 | $145,000 | $104,000 | n/a | n/a | n/a |
| 95th Percentile | $400,000 | $450,000 | $200,000 | $375,000 | $148,149 | n/a | n/a | n/a |

## Table 29:  2016 Compensation by Size of Practice

| Over 60 Lawyer Office | Oregon (n=87) | Portland (n=68) | Tri-County (n=13) | Upper Willamette Valley (n=3) | Lower Willamette Valley (n=1) | Southern Oregon (n=0) | Eastern Oregon (n=1) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$232,900** | **$220,338** | **$360,749** | n/a | n/a | n/a | n/a | n/a |
| Median | $180,000 | $186,458 | $290,000 | n/a | n/a | n/a | n/a | n/a |
| 25th Percentile | $125,847 | $135,000 | $130,000 | n/a | n/a | n/a | n/a | n/a |
| 75th Percentile | $290,000 | $264,620 | $400,000 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $685,000 | $450,750 | $1,050,000 | n/a | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q8: To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2016?

### Level of Employment

As seen in Table 30, Full-time Lawyers have the highest level of compensation statewide (mean=$154,918). Due to such small sample sizes, there was not enough data to make that determination for six of the seven regions.

## Table 30:  2016 Compensation by Current Level of Employment

| Full-time Lawyer | Oregon (n=977) | Portland (n=356) | Tri-County (n=317) | Upper Willamette Valley (n=95) | Lower Willamette Valley (n=73) | Southern Oregon (n=52) | Eastern Oregon (n=59) | Oregon Coast (n=25) |
|---|---|---|---|---|---|---|---|---|
| Mean | **$154,918** | $177,662 | **$158,323** | $133,563 | $112,511 | $131,542 | $132,576 | $94,179 |
| Median | $116,000 | $126,498 | $113,000 | $103,372 | $95,000 | $90,255 | $100,000 | $82,000 |
| **Part-time Lawyer by Choice** | Oregon (n=143) | Portland (n=33) | Tri-County (n=47) | Upper Willamette Valley (n=22) | Lower Willamette Valley (n=20) | Southern Oregon (n=6) | Eastern Oregon (n=11) | Oregon Coast (n=4) |
| Mean | $86,604 | $104,863 | $104,154 | $54,584 | $82,895 | $65,389 | $56,057 | n/a |
| Median | $60,000 | $90,000 | $50,000 | $46,500 | $87,500 | $47,500 | $43,461 | n/a |
| **Part-time Lawyer due to Lack of Work** | Oregon (n=29) | Portland (n=2) | Tri-County (n=20) | Upper Willamette Valley (n=0) | Lower Willamette Valley (n=1) | Southern Oregon (n=2) | Eastern Oregon (n=2) | Oregon Coast (n=2) |
| Mean | $31,009 | n/a | $29,204 | n/a | n/a | n/a | n/a | n/a |
| Median | $24,000 | n/a | $24,500 | n/a | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q5: What best describes your current level of employment?

## Method of Payment

Table 31 presents compensation amounts across the three types of payment methods. The highest compensation amount was for Owners both statewide (mean=$174,654) and across six of the regions (mean=$87,332 to $239,518). The exception to that trend was for the Tri-County region where Contract payments were highest (mean=$175,803). Sample sizes were too small to report Contract payments for five of the seven regions, so it is unknown if this occurred in the other geographies.

| Table 31: 2016 Compensation by Method of Payment as of 12/31/16 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Owner** *(Partner, Shareholder, Sole Practitioner)* | Oregon (n=571) | Portland (n=180) | Tri-County (n=192) | Upper Willamette Valley (n=54) | Lower Willamette Valley (n=50) | Southern Oregon (n=32) | Eastern Oregon (n=43) | Oregon Coast (n=20) |
| Mean | **$174,654** | **$239,518** | $156,172 | **$147,518** | **$127,479** | **$145,062** | **$137,217** | **$87,332** |
| Median | $125,000 | $197,000 | $108,000 | $105,000 | $104,500 | $109,500 | $110,000 | $70,000 |
| **Employee** *(salaried or hourly)* | Oregon (n=533) | Portland (n=202) | Tri-County (n=173) | Upper Willamette Valley (n=56) | Lower Willamette Valley (n=42) | Southern Oregon (n=25) | Eastern Oregon (n=27) | Oregon Coast (n=8) |
| Mean | $114,406 | $113,465 | $133,155 | $102,439 | $81,435 | $101,421 | $98,910 | $82,500 |
| Median | $95,000 | $103,000 | $100,000 | $100,000 | $65,000 | $77,741 | $65,000 | $84,000 |
| **Contract** *(paid by hour or assignment)* | Oregon (n=36) | Portland (n=8) | Tri-County (n=15) | Upper Willamette Valley (n=4) | Lower Willamette Valley (n=1) | Southern Oregon (n=3) | Eastern Oregon (n=3) | Oregon Coast (n=2) |
| Mean | $110,981 | $97,125 | **$175,803** | n/a | n/a | n/a | n/a | n/a |
| Median | $47,500 | $80,500 | $53,000 | n/a | n/a | n/a | n/a | n/a |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q13: What was your method of payment as of 12/31/2016?

Table 32 presents compensation amounts for full-time lawyers across areas of practice (private practice lawyers only) and total years admitted to practice across Owner and Employee methods of payment. The highest compensation for Owners was in the Civil Litigation – Defendant (excludes insurance defense) area of practice (mean=$280,341) and for Employees it was in the Civil Litigation – Plaintiff, Personal Injury area of practice (mean=$133,912). The highest compensation amount for total years admitted to practice was for Over 30 Years for both Owners (mean=$227,297) and Employees (mean=$173,169). Sample sizes varied for each of the cells, so they were not listed in the table.

| Table 32: 2016 Compensation by Method of Payment – Full-time Lawyers Only | | | | |
|---|---|---|---|---|
| | **Owner** | | **Employee** | |
| **Area of Practice – Private Practice Only** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Bankruptcy | $152,304 | $132,000 | $97,283 | $88,122 |
| Business/ Corporate – Litigation | $245,182 | $192,500 | $131,287 | $130,000 |
| Business/ Corporate – Transactional | $235,807 | $160,000 | $109,852 | $105,000 |
| Civil Litigation – Defendant (excludes insurance defense) | **$280,341** | $241,000 | $132,922 | $115,000 |
| Civil Litigation –Insurance Defense | $224,884 | $175,000 | $111,758 | $90,000 |
| Civil Litigation – Plaintiff (excludes personal injury) | $184,341 | $145,000 | $97,875 | $91,000 |
| Civil Litigation – Plaintiff, Personal Injury | $214,626 | $150,000 | **$133,912** | $100,000 |
| Criminal – Private Bar | $179,938 | $132,500 | $95,583 | $57,000 |

## Table 32: 2016 Compensation by Method of Payment – Full-time Lawyers Only

| | Owner | | Employee | |
|---|---|---|---|---|
| **Area of Practice – Private Practice Only** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| Family Law | $115,483 | $96,000 | $98,507 | $75,000 |
| Real Estate/Land Use/ Environmental Law | $257,961 | $175,000 | $106,256 | $110,000 |
| Tax/Estate Planning | $144,595 | $105,000 | $83,002 | $71,319 |
| Workers' Compensation | $208,882 | $175,000 | $71,940 | $70,000 |
| General (no area over 50%) | $123,911 | $107,000 | $70,558 | $60,000 |
| Administrative Law | $122,698 | $107,000 | $91,500 | $92,000 |
| Other | $177,188 | $167,500 | $95,234 | $75,000 |
| **Total Years Admitted to Practice** | Mean Compensation | Median Compensation | Mean Compensation | Median Compensation |
| 0-3 years | $28,429 | $24,000 | $83,351 | $65,000 |
| 4-6 years | $81,880 | $76,500 | $87,585 | $77,741 |
| 7-9 years | $132,488 | $101,000 | $104,236 | $100,000 |
| 10-12 years | $147,352 | $130,000 | $114,095 | $96,970 |
| 13-15 years | $204,200 | $162,000 | $146,162 | $120,000 |
| 16-20 years | $192,749 | $160,000 | $119,492 | $120,000 |
| 21-30 years | $222,800 | $161,346 | $148,759 | $127,000 |
| Over 30 years | **$227,297** | $175,000 | **$173,169** | $134,550 |

Q12: What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016?
Q13: What was your method of payment as of 12/31/2016? *[owner and employee only]*
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016?
Q2: What year were you admitted into any state bar (including Oregon)? *[converted into number of years]*

# Billing Practices

The following section presents information regarding billing hours and rates for all private practice respondents (n=1,000). For each presentation, any subgroups of respondents are identified.

## Hours Billed

Table 33 presents the mean, median and percentile number of hours billed per month in 2016 for private practice lawyers who were full-time and part-time by choice respondents. The mean hours statewide were 97.4 hours, and ranged from 70.9 hours in the Oregon Coast region to 113.8 hours for the Portland region.

| Table 33: 2016 Hours Billed per Month – Private Practice, Full- or Part-time by Choice | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=720) | Portland (n=300) | Tri-County (n=200) | Upper Willamette Valley (n=63) | Lower Willamette Valley (n=54) | Southern Oregon (n=36) | Eastern Oregon (n=45) | Oregon Coast (n=22) |
| Mean Hours | 97.4 | 113.8 | 87.2 | 88.3 | 79.5 | 91.2 | 85.5 | 70.9 |
| Median Hours | 100.0 | 120.0 | 86.0 | 85.0 | 88.0 | 100.0 | 84.0 | 69.0 |
| 25th Percentile | 50.0 | 82.0 | 40.0 | 30.0 | 50.0 | 50.0 | 40.0 | 40.0 |
| 75th Percentile | 140.0 | 150.0 | 135.0 | 125.0 | 120.0 | 115.0 | 123.0 | 100.0 |
| 95th Percentile | 168.0 | 170.0 | 170.0 | 160.0 | 150.0 | 180.0 | 165.0 | 130.0 |

Q15: What was the average number of hours that you billed per month in 2016?
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016? *[private practice only]*
Q5: What best describes your current level of employment? *[full- and part-time by choice]*

## Method of Payment

Table 34 presents the mean and median hours billed per month in 2016 for private practice lawyers who were full-time and part-time by choice across the methods of payment. The mean number of hours billed for Employees was highest at 112.0 hours statewide, with variation across the seven regions. Only one region had enough respondents to report the mean and median hours for Contract payment.

| Table 34: 2016 Hours Billed per Month by Method of Payment – Private Practice, Full- or Part-time by Choice | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Owner** *(Partner, Shareholder, Sole Practitioner)* | Oregon (n=462) | Portland (n=166) | Tri-County (n=139) | Upper Willamette Valley (n=39) | Lower Willamette Valley (n=41) | Southern Oregon (n=28) | Eastern Oregon (n=33) | Oregon Coast (n=16) |
| Mean Hours | 90.3 | 106.6 | 79.8 | 83.0 | 75.0 | **95.0** | **87.6** | 65.9 |
| Median Hours | 100.0 | 118.0 | 66.0 | 80.0 | 87.0 | 100.0 | 95.0 | 64.5 |
| **Employee** *(salaried or hourly)* | Oregon (n=242) | Portland (n=128) | Tri-County (n=56) | Upper Willamette Valley (n=22) | Lower Willamette Valley (n=13) | Southern Oregon (n=7) | Eastern Oregon (n=11) | Oregon Coast (n=5) |
| Mean Hours | **112.0** | **124.3** | **104.0** | **103.8** | **93.7** | 85.3 | 79.7 | **81.0** |
| Median Hours | 120.0 | 140.0 | 115.0 | 102.5 | 95.0 | 70.0 | 83.0 | 90.0 |
| **Contract** *(paid by hour or assignment)* | Oregon (n=15) | Portland (n=6) | Tri-County (n=4) | Upper Willamette Valley (n=2) | Lower Willamette Valley (n=0) | Southern Oregon (n=1) | Eastern Oregon (n=1) | Oregon Coast (n=1) |
| Mean Hours | 84.7 | 91.7 | n/a | n/a | n/a | n/a | n/a | n/a |
| Median Hours | 80.0 | 80.0 | n/a | n/a | n/a | n/a | n/a | n/a |

Q15: What was the average number of hours that you billed per month in 2016?
Q13: What was your method of payment as of 12/31/2016?
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016? *[private practice only]*

## Billing Rate

Table 35 presents the 2016 hourly billing rate for private practice lawyers, regardless of level of employment (i.e., full-time, part-time by choice, and part-time due to lack of legal work). The mean hourly rate was $286 statewide, and ranged from $226 to $324 regionally.

**Table 35:  2016 Hourly Billing Rate – Private Practice**

|  | Oregon (n=835) | Portland (n=323) | Tri-County (n=259) | Upper Willamette Valley (n=74) | Lower Willamette Valley (n=57) | Southern Oregon (n=42) | Eastern Oregon (n=54) | Oregon Coast (n=26) |
|---|---|---|---|---|---|---|---|---|
| Mean Hourly Rate | $286 | $324 | $274 | $253 | $260 | $232 | $255 | $226 |
| Median Hourly Rate | $260 | $300 | $250 | $250 | $250 | $245 | $250 | $224 |
| Low Hourly Rate | $30 | $70 | $30 | $60 | $100 | $46 | $150 | $125 |
| 25th Percentile | $210 | $240 | $215 | $200 | $200 | $200 | $200 | $200 |
| 75th Percentile | $335 | $400 | $325 | $300 | $300 | $260 | $295 | $250 |
| 95th Percentile | $490 | $525 | $410 | $395 | $450 | $290 | $350 | $300 |
| High Hourly Rate | $850 | $850 | $750 | $475 | $650 | $300 | $550 | $350 |

Q14: When you charged on an hourly basis, what was your usual billing rate per hour in 2016?
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016? [private practice only]

## Total Years Admitted to Practice

Table 36 presents the 2016 hourly bill rate data by total years admitted to practice for all private practice lawyers, regardless of level of employment. Statewide, the mean hourly billing rate increased as the number of years admitted to practice increased, reaching a mean of $332 for lawyers admitted to practice for Over 30 Years. Slight variations occurred regionally, and for some regions, too few respondents fell into subgroups to present the data.

**Table 36:  2016 Hourly Billing Rate by Total Years Admitted to Practice – Private Practice**

| 0-3 Years | Oregon (n=65) | Portland (n=26) | Tri-County (n=19) | Upper Willamette Valley (n=8) | Lower Willamette Valley (n=3) | Southern Oregon (n=4) | Eastern Oregon (n=3) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $210 | $236 | $198 | $214 | n/a | n/a | n/a | n/a |
| Median Rate | $207 | $235 | $200 | $200 | n/a | n/a | n/a | n/a |
| 25th Percentile | $175 | $207 | $165 | $160 | n/a | n/a | n/a | n/a |
| 75th Percentile | $240 | $250 | $225 | $225 | n/a | n/a | n/a | n/a |
| 95th Percentile | $300 | $305 | $320 | $300 | n/a | n/a | n/a | n/a |

| 4-6 Years | Oregon (n=97) | Portland (n=43) | Tri-County (n=31) | Upper Willamette Valley (n=10) | Lower Willamette Valley (n=5) | Southern Oregon (n=2) | Eastern Oregon (n=4) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $231 | $249 | $227 | $216 | $194 | n/a | n/a | n/a |
| Median Rate | $220 | $250 | $210 | $200 | $200 | n/a | n/a | n/a |
| 25th Percentile | $190 | $200 | $185 | $200 | $175 | n/a | n/a | n/a |
| 75th Percentile | $257 | $300 | $275 | $250 | $220 | n/a | n/a | n/a |
| 95th Percentile | $330 | $350 | $320 | $250 | $225 | n/a | n/a | n/a |

**Table 36:  2016 Hourly Billing Rate by Total Years Admitted to Practice – Private Practice**

| 7-9 Years | Oregon (n=75) | Portland (n=33) | Tri-County (n=15) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=6) | Southern Oregon (n=5) | Eastern Oregon (n=7) | Oregon Coast (n=3) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $259 | $282 | $281 | $223 | $213 | $228 | $228 | n/a |
| Median Rate | $250 | $280 | $270 | $200 | $200 | $240 | $225 | n/a |
| 25th Percentile | $200 | $230 | $250 | $185 | $195 | $200 | $200 | n/a |
| 75th Percentile | $300 | $340 | $300 | $275 | $200 | $250 | $250 | n/a |
| 95th Percentile | $390 | $400 | $390 | $275 | $300 | $250 | $285 | n/a |

| 10-12 Years | Oregon (n=78) | Portland (n=41) | Tri-County (n=18) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=5) | Southern Oregon (n=4) | Eastern Oregon (n=3) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $272 | $283 | $288 | $244 | $220 | n/a | n/a | n/a |
| Median Rate | $250 | $300 | $275 | $250 | $200 | n/a | n/a | n/a |
| 25th Percentile | $225 | $225 | $250 | $215 | $200 | n/a | n/a | n/a |
| 75th Percentile | $320 | $340 | $350 | $275 | $250 | n/a | n/a | n/a |
| 95th Percentile | $400 | $410 | $375 | $300 | $250 | n/a | n/a | n/a |

| 13-15 Years | Oregon (n=59) | Portland (n=26) | Tri-County (n=17) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=1) | Southern Oregon (n=5) | Eastern Oregon (n=3) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $273 | $288 | $256 | $277 | n/a | $247 | n/a | n/a |
| Median Rate | $250 | $300 | $250 | $250 | n/a | $250 | n/a | n/a |
| 25th Percentile | $200 | $180 | $245 | $225 | n/a | $250 | n/a | n/a |
| 75th Percentile | $325 | $375 | $300 | $325 | n/a | $260 | n/a | n/a |
| 95th Percentile | $460 | $460 | $410 | $390 | n/a | $275 | n/a | n/a |

| 16-20 Years | Oregon (n=91) | Portland (n=38) | Tri-County (n=29) | Upper Willamette Valley (n=9) | Lower Willamette Valley (n=9) | Southern Oregon (n=0) | Eastern Oregon (n=4) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $293 | $334 | $270 | **$293** | $252 | n/a | n/a | n/a |
| Median Rate | $275 | $325 | $250 | $300 | $260 | n/a | n/a | n/a |
| 25th Percentile | $225 | $250 | $240 | $250 | $225 | n/a | n/a | n/a |
| 75th Percentile | $350 | $400 | $300 | $300 | $300 | n/a | n/a | n/a |
| 95th Percentile | $450 | $500 | $400 | $450 | $325 | n/a | n/a | n/a |

| 21-30 Years | Oregon (n=147) | Portland (n=32) | Tri-County (n=59) | Upper Willamette Valley (n=14) | Lower Willamette Valley (n=10) | Southern Oregon (n=13) | Eastern Oregon (n=16) | Oregon Coast (n=3) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $307 | $394 | $279 | $273 | **$355** | **$248** | **$272** | n/a |
| Median Rate | $300 | $415 | $280 | $255 | $285 | $250 | $250 | n/a |
| 25th Percentile | $245 | $325 | $200 | $250 | $275 | $240 | $225 | n/a |
| 75th Percentile | $350 | $475 | $350 | $300 | $350 | $275 | $310 | n/a |
| 95th Percentile | $500 | $525 | $450 | $475 | $650 | $300 | $350 | n/a |

## Table 36: 2016 Hourly Billing Rate by Total Years Admitted to Practice – Private Practice

| Over 30 Years | Oregon (n=215) | Portland (n=80) | Tri-County (n=69) | Upper Willamette Valley (n=15) | Lower Willamette Valley (n=18) | Southern Oregon (n=9) | Eastern Oregon (n=13) | Oregon Coast (n=11) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | **$332** | **$413** | **$311** | $254 | $276 | $229 | $251 | $243 |
| Median Rate | $300 | $425 | $295 | $250 | $250 | $250 | $250 | $225 |
| 25th Percentile | $250 | $300 | $250 | $200 | $250 | $190 | $225 | $200 |
| 75th Percentile | $400 | $495 | $350 | $325 | $300 | $285 | $275 | $295 |
| 95th Percentile | $560 | $610 | $500 | $350 | $450 | $300 | $310 | $350 |

Q14: When you charged on an hourly basis, what was your usual billing rate per hour in 2016?
Q2: What year were you admitted into any state bar (including Oregon)? *[converted into number of years]*
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016? *[private practice only]*

### Area of Practice

Table 37 presents the 2016 hourly billing rate data by area of practice for all private practice lawyers, regardless of level of employment. The highest hourly billing rate was for Business/Corporate – Litigation (mean=$333) statewide, with variations across the regions.

## Table 37: 2016 Hourly Billing Rate by Area of Practice – Private Practice

| Bankruptcy | Oregon (n=24) | Portland (n=11) | Tri-County (n=8) | Upper Willamette Valley (n=2) | Lower Willamette Valley (n=1) | Southern Oregon (n=1) | Eastern Oregon (n=1) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $298 | $309 | $283 | n/a | n/a | n/a | n/a | n/a |
| Median Rate | $275 | $280 | $270 | n/a | n/a | n/a | n/a | n/a |
| 25th Percentile | $250 | $250 | $245 | n/a | n/a | n/a | n/a | n/a |
| 75th Percentile | $330 | $375 | $280 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $435 | $475 | $370 | n/a | n/a | n/a | n/a | n/a |
| **Business/ Corporate -- Litigation** | Oregon (n=117) | Portland (n=63) | Tri-County (n=21) | Upper Willamette Valley (n=5) | Lower Willamette Valley (n=7) | Southern Oregon (n=4) | Eastern Oregon (n=9) | Oregon Coast (n=0) |
| Mean Rate | **$333** | $367 | $308 | $231 | $286 | n/a | $271 | n/a |
| Median Rate | $325 | $365 | $300 | $200 | $275 | n/a | $275 | n/a |
| 25th Percentile | $275 | $300 | $275 | $175 | $250 | n/a | $250 | n/a |
| 75th Percentile | $400 | $425 | $350 | $300 | $325 | n/a | $310 | n/a |
| 95th Percentile | $495 | $525 | $410 | $325 | $325 | n/a | $310 | n/a |
| **Business/ Corporate – Transactional** | Oregon (n=150) | Portland (n=62) | Tri-County (n=42) | Upper Willamette Valley (n=17) | Lower Willamette Valley (n=13) | Southern Oregon (n=6) | Eastern Oregon (n=8) | Oregon Coast (n=2) |
| Mean Rate | $301 | $351 | $284 | $254 | $235 | **$267** | $244 | n/a |
| Median Rate | $285 | $325 | $275 | $250 | $250 | $275 | $245 | n/a |
| 25th Percentile | $240 | $275 | $200 | $200 | $175 | $250 | $170 | n/a |
| 75th Percentile | $350 | $425 | $350 | $300 | $300 | $300 | $275 | n/a |
| 95th Percentile | $500 | $525 | $450 | $450 | $350 | $300 | $350 | n/a |

## Table 37: 2016 Hourly Billing Rate by Area of Practice – Private Practice

| Civil Litigation – Defendant (excludes insurance defense) | Oregon (n=95) | Portland (n=58) | Tri-County (n=15) | Upper Willamette Valley (n=2) | Lower Willamette Valley (n=6) | Southern Oregon (n=7) | Eastern Oregon (n=6) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $309 | $327 | $307 | n/a | $250 | $243 | $252 | n/a |
| Median Rate | $300 | $325 | $320 | n/a | $225 | $250 | $250 | n/a |
| 25th Percentile | $225 | $215 | $250 | n/a | $200 | $200 | $225 | n/a |
| 75th Percentile | $365 | $425 | $355 | n/a | $300 | $285 | $275 | n/a |
| 95th Percentile | $495 | $540 | $450 | n/a | $325 | $300 | $310 | n/a |

| Civil Litigation – Insurance Defense | Oregon (n=69) | Portland (n=44) | Tri-County (n=13) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=2) | Southern Oregon (n=3) | Eastern Oregon (n=0) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $225 | $231 | $182 | $250 | n/a | n/a | n/a | n/a |
| Median Rate | $200 | $200 | $190 | $190 | n/a | n/a | n/a | n/a |
| 25th Percentile | $170 | $170 | $150 | $160 | n/a | n/a | n/a | n/a |
| 75th Percentile | $250 | $250 | $200 | $300 | n/a | n/a | n/a | n/a |
| 95th Percentile | $380 | $380 | $275 | $475 | n/a | n/a | n/a | n/a |

| Civil Litigation – Plaintiff (excludes personal injury) | Oregon (n=133) | Portland (n=56) | Tri-County (n=33) | Upper Willamette Valley (n=8) | Lower Willamette Valley (n=17) | Southern Oregon (n=9) | Eastern Oregon (n=9) | Oregon Coast (n=1) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $295 | $312 | $295 | **$314** | **$289** | $249 | $252 | n/a |
| Median Rate | $275 | $300 | $300 | $285 | $250 | $250 | $250 | n/a |
| 25th Percentile | $225 | $225 | $250 | $225 | $200 | $240 | $225 | n/a |
| 75th Percentile | $350 | $350 | $355 | $325 | $300 | $275 | $295 | n/a |
| 95th Percentile | $475 | $500 | $410 | $475 | $650 | $300 | $310 | n/a |

| Civil Litigation – Plaintiff Personal Injury | Oregon (n=75) | Portland (n=18) | Tri-County (n=32) | Upper Willamette Valley (n=10) | Lower Willamette Valley (n=3) | Southern Oregon (n=5) | Eastern Oregon (n=5) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $297 | $317 | **$310** | $280 | n/a | $228 | **$302** | n/a |
| Median Rate | $275 | $300 | $300 | $275 | n/a | $250 | $295 | n/a |
| 25th Percentile | $250 | $250 | $250 | $250 | n/a | $175 | $200 | n/a |
| 75th Percentile | $350 | $350 | $350 | $300 | n/a | $300 | $250 | n/a |
| 95th Percentile | $475 | $450 | $490 | $475 | n/a | $300 | $250 | n/a |

| Criminal – Private Bar | Oregon (n=42) | Portland (n=11) | Tri-County (n=11) | Upper Willamette Valley (n=4) | Lower Willamette Valley (n=1) | Southern Oregon (n=4) | Eastern Oregon (n=6) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $266 | $300 | $255 | n/a | n/a | n/a | $231 | $255 |
| Median Rate | $250 | $300 | $250 | n/a | n/a | n/a | $240 | $250 |
| 25th Percentile | $200 | $200 | $100 | n/a | n/a | n/a | $200 | $224 |
| 75th Percentile | $300 | $400 | $300 | n/a | n/a | n/a | $250 | $250 |
| 95th Percentile | $425 | $485 | $650 | n/a | n/a | n/a | $295 | $350 |

## Table 37: 2016 Hourly Billing Rate by Area of Practice – Private Practice

### Family Law

| | Oregon (n=118) | Portland (n=26) | Tri-County (n=43) | Upper Willamette Valley (n=14) | Lower Willamette Valley (n=7) | Southern Oregon (n=8) | Eastern Oregon (n=12) | Oregon Coast (n=8) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $243 | $258 | $252 | $229 | $231 | $231 | $213 | $240 |
| Median Rate | $250 | $250 | $250 | $225 | $225 | $240 | $200 | $224 |
| 25th Percentile | $200 | $207 | $215 | $200 | $200 | $200 | $165 | $200 |
| 75th Percentile | $275 | $300 | $285 | $275 | $275 | $250 | $240 | $250 |
| 95th Percentile | $350 | $400 | $370 | $325 | $275 | $250 | $275 | $300 |

### Real Estate/Land Use/Environmental Law

| | Oregon (n=104) | Portland (n=29) | Tri-County (n=33) | Upper Willamette Valley (n=8) | Lower Willamette Valley (n=11) | Southern Oregon (n=8) | Eastern Oregon (n=11) | Oregon Coast (n=4) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $316 | **$398** | **$310** | $283 | $278 | $254 | $263 | n/a |
| Median Rate | $275 | $390 | $275 | $250 | $275 | $250 | $250 | n/a |
| 25th Percentile | $250 | $300 | $250 | $240 | $200 | $200 | $195 | n/a |
| 75th Percentile | $350 | $475 | $325 | $325 | $300 | $285 | $285 | n/a |
| 95th Percentile | $550 | $610 | $515 | $390 | $650 | $300 | $550 | n/a |

### Tax/Estate Planning

| | Oregon (n=136) | Portland (n=29) | Tri-County (n=47) | Upper Willamette Valley (n=19) | Lower Willamette Valley (n=14) | Southern Oregon (n=11) | Eastern Oregon (n=11) | Oregon Coast (n=5) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $274 | $357 | $262 | $251 | $243 | $243 | $242 | $227 |
| Median Rate | $250 | $340 | $250 | $250 | $200 | $250 | $250 | $200 |
| 25th Percentile | $200 | $250 | $220 | $200 | $200 | $200 | $200 | $200 |
| 75th Percentile | $300 | $455 | $300 | $260 | $300 | $275 | $285 | $300 |
| 95th Percentile | $480 | $625 | $400 | $350 | $335 | $300 | $330 | $300 |

### Workers' Compensation

| | Oregon (n=29) | Portland (n=8) | Tri-County (n=14) | Upper Willamette Valley (n=4) | Lower Willamette Valley (n=1) | Southern Oregon (n=1) | Eastern Oregon (n=1) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $256 | $284 | $231 | n/a | n/a | n/a | n/a | n/a |
| Median Rate | $200 | $200 | $195 | n/a | n/a | n/a | n/a | n/a |
| 25th Percentile | $185 | $175 | $167 | n/a | n/a | n/a | n/a | n/a |
| 75th Percentile | $275 | $435 | $215 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $450 | $450 | $500 | n/a | n/a | n/a | n/a | n/a |

### General (no area over 50%)

| | Oregon (n=66) | Portland (n=10) | Tri-County (n=17) | Upper Willamette Valley (n=6) | Lower Willamette Valley (n=8) | Southern Oregon (n=13) | Eastern Oregon (n=6) | Oregon Coast (n=6) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $252 | $313 | $269 | $250 | $241 | $221 | $232 | $208 |
| Median Rate | $250 | 300 | $250 | $240 | $250 | $200 | $225 | $200 |
| 25th Percentile | $200 | $250 | $250 | $225 | $200 | $200 | $200 | $175 |
| 75th Percentile | $285 | $370 | $300 | $260 | $250 | $245 | $250 | $225 |
| 95th Percentile | $370 | $415 | $400 | $300 | $300 | $300 | $300 | $300 |

## Table 37: 2016 Hourly Billing Rate by Area of Practice – Private Practice

| Administrative Law | Oregon (n=22) | Portland (n=5) | Tri-County (n=8) | Upper Willamette Valley (n=3) | Lower Willamette Valley (n=3) | Southern Oregon (n=0) | Eastern Oregon (n=3) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $265 | $298 | $286 | n/a | n/a | n/a | n/a | n/a |
| Median Rate | $250 | $300 | $250 | n/a | n/a | n/a | n/a | n/a |
| 25th Percentile | $225 | $275 | $225 | n/a | n/a | n/a | n/a | n/a |
| 75th Percentile | $300 | $315 | $300 | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | $350 | $350 | $400 | n/a | n/a | n/a | n/a | n/a |

| Other | Oregon (n=50) | Portland (n=17) | Tri-County (n=18) | Upper Willamette Valley (n=7) | Lower Willamette Valley (n=3) | Southern Oregon (n=2) | Eastern Oregon (n=1) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean Rate | $269 | $314 | $264 | $182 | n/a | n/a | n/a | n/a |
| Median Rate | $225 | $225 | $245 | $175 | n/a | n/a | n/a | n/a |
| 25th Percentile | $175 | $200 | $185 | $80 | n/a | n/a | n/a | n/a |
| 75th Percentile | $350 | $450 | $335 | $225 | n/a | n/a | n/a | n/a |
| 95th Percentile | $550 | $600 | $425 | $350 | n/a | n/a | n/a | n/a |

Q14: When you charged on an hourly basis, what was your usual billing rate per hour in 2016?
Q7: Which area(s) of practice represented 50% or more of your practice as of 12/31/2016? *[select all that apply]*
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016? *[private practice only]*

## Change in Billing Methods

Respondents who billed over one-third of their time on an hourly basis were asked to describe any changes in their billing methods over the last five years. Table 38 presents the proportions of those private practice lawyers who decreased their portion of hourly billing, increased their hourly billing, or had no change in their hourly billing. For those who bill at least one-third of their time (i.e., excluding the first row of the table), the largest proportion of lawyers both statewide (47.5%) and across all seven regions (26.4% to 59.4%) did not experience a change in the portion of hourly billing over the last five years.

## Table 38: Change in Billing Methods over Last Five Years – Private Practice

| | Oregon (n=1,000) | Portland (n=379) | Tri-County (n=307) | Upper Willamette Valley (n=91) | Lower Willamette Valley (n=79) | Southern Oregon (n=51) | Eastern Oregon (n=64) | Oregon Coast (n=29) |
|---|---|---|---|---|---|---|---|---|
| Not Applicable – Bill Less than 1/3 of Time on Hourly Rate Basis | 25.6% | 17.7% | 30.6% | 39.6% | 36.7% | 17.6% | 23.4% | 20.7% |
| Decrease in Portion of Hourly Billing | 9.5% | 8.4% | 9.5% | 16.5% | 8.9% | 7.8% | 7.8% | 10.3% |
| Increase in Portion of Hourly Billing | 7.7% | 4.2% | 10.4% | 9.9% | 6.3% | 13.7% | 7.8% | 10.3% |
| No Change Portion of Hourly Billing | **47.5%** | **59.4%** | **41.0%** | **26.4%** | **38.0%** | **45.1%** | **51.6%** | **48.3%** |
| Missing | 9.7% | 10.3% | 8.5% | 7.7% | 10.1% | 15.7% | 9.4% | 10.3% |

Q16: Do you bill over one-third of your time on an hourly billing rate basis?
Q16a: *[if Q16=Yes]* Which of the following represents any change in your billing methods over the last five years?
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016? *[private practice only]*

# Practice Characteristics

This section includes information about the hours lawyers worked and the number of pro bono and community service hours they provided each month.

## Hours Worked

Table 39 provides the distribution of the number of hours worked per month in 2016 for both full-time lawyers and lawyers who were part-time by choice. There were 32 respondents who reported more hours than exist in a calendar month, so those responses were excluded to calculate the mean and median hours. Full-time lawyers worked an average of 168.8 hours per month statewide, and from 156.9 to 181.4 hours per month across the regions. Part-time lawyers by choice worked an average of 84.0 hours per month statewide, and from 57.4 to 111.6 per month hours regionally.

### Table 39: 2016 Hours Worked per Month by Current Level of Employment

| Full-time Lawyer | Oregon (n=1,050) | Portland (n=382) | Tri-County (n=334) | Upper Willamette Valley (n=100) | Lower Willamette Valley (n=84) | Southern Oregon (n=55) | Eastern Oregon (n=69) | Oregon Coast (n=26) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 168.8 | 169.5 | 165.2 | 179.0 | 178.4 | 161.8 | 156.9 | 181.4 |
| Median Hours | 175.0 | 175.0 | 170.0 | 180.0 | 180.0 | 173.0 | 160.0 | 180.0 |

| Part-time Lawyer by Choice | Oregon (n=168) | Portland (n=40) | Tri-County (n=54) | Upper Willamette Valley (n=25) | Lower Willamette Valley (n=22) | Southern Oregon (n=7) | Eastern Oregon (n=13) | Oregon Coast (n=7) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 84.0 | 111.6 | 77.4 | 65.0 | 84.2 | 82.7 | 77.9 | 57.4 |
| Median Hours | 80.0 | 100.0 | 80.0 | 60.0 | 85.0 | 80.0 | 80.0 | 50.0 |

Q9: What was the average number of hours per month that you worked in 2016? Include all hours in the office or on the job, whether billed or not.
Q5: What best describes your current level of employment?

## Type of Employment

Table 40 presents the distribution of hours worked per month in 2016 by type of employment for full-time lawyers only. Respondents who identified their type of employment as Government did not get asked this item in 2017, so they are not included in the table. Statewide, Public Defense lawyers worked the most hours per month in 2016 (mean=185.7), but there were not enough Public Defense lawyers to report the total hours worked per month by region.

### Table 40: 2016 Hours Worked per Month by Type of Employment – Full-time Lawyers Only

| Private Practice | Oregon (n=785) | Portland (n=317) | Tri-County (n=230) | Upper Willamette Valley (n=68) | Lower Willamette Valley (n=57) | Southern Oregon (n=41) | Eastern Oregon (n=52) | Oregon Coast (n=20) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 168.6 | 170.2 | 163.1 | 178.9 | 175.0 | 157.0 | 162.5 | 190.3 |
| Median Hours | 175.0 | 175.0 | 170.0 | 180.0 | 176.0 | 165.0 | 160.0 | 192.5 |

| Private Nonprofit | Oregon (n=100) | Portland (n=32) | Tri-County (n=30) | Upper Willamette Valley (n=7) | Lower Willamette Valley (n=12) | Southern Oregon (n=9) | Eastern Oregon (n=8) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 165.7 | 157.1 | 160.7 | 190.3 | 206.5 | 177.7 | 119.0 | n/a |
| Median Hours | 170.5 | 170.0 | 167.5 | 200.0 | 180.0 | 180.0 | 102.5 | n/a |

| Corporate In-house Counsel | Oregon (n=101) | Portland (n=23) | Tri-County (n=58) | Upper Willamette Valley (n=9) | Lower Willamette Valley (n=8) | Southern Oregon (n=2) | Eastern Oregon (n=1) | Oregon Coast (n=0) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 174.8 | **175.4** | 174.3 | 171.1 | 177.1 | n/a | n/a | n/a |
| Median Hours | 176.0 | 180.0 | 172.5 | 180.0 | 190.0 | n/a | n/a | n/a |

| Judge/Hearings Officer | Oregon (n=38) | Portland (n=9) | Tri-County (n=6) | Upper Willamette Valley (n=13) | Lower Willamette Valley (n=4) | Southern Oregon (n=1) | Eastern Oregon (n=3) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | 168.5 | 160.1 | **179.3** | 173.9 | n/a | n/a | n/a | n/a |
| Median Hours | 178.0 | 176.0 | 180.0 | 180.0 | n/a | n/a | n/a | n/a |

| Public Defense | Oregon (n=18) | Portland (n=1) | Tri-County (n=4) | Upper Willamette Valley (n=4) | Lower Willamette Valley (n=2) | Southern Oregon (n=2) | Eastern Oregon (n=4) | Oregon Coast (n=2) |
|---|---|---|---|---|---|---|---|---|
| Mean Hours | **185.7** | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median Hours | 180.0 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q9: What was the average number of hours per month that you worked in 2016? Include all hours in the office or on the job, whether billed or not.
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016?
Q5: What best describes your current level of employment? *[full-time only]*

## Pro-Bono and Community Service Hours

Table 41 presents the distribution of pro bono and community service hours provided per month across type of employment. Respondents who identified their type of employment as Government did not get asked this item for 2017. Sample sizes were different for both pro-bono and community service hours, so they are not included in Table 41. In consultation with OSB staff, any response above 150 hours was removed due to that being the highest monthly amount of hours ever reported by members. In 2012, it was noted that attorneys working for legal aid organizations or non-profit groups providing legal services on a free or reduced fee basis were removed for this analysis. There was no way to identify those respondents for 2017, so the higher mean number of monthly hours could be due to this difference. It is important to interpret these findings with caution due to some Private Nonprofit respondents possibly including their regular work as pro bono because their clients are not billed for the services.

| Private Practice | Oregon | Portland | Tri-County | Upper Willamette Valley | Lower Willamette Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|
| Pro-Bono Hours | 8.7 | 8.4 | 8.3 | 8.9 | 10.8 | 7.8 | 9.6 | 8.34 |
| Community Service Hours | 12.0 | 13.2 | 10.7 | 12.6 | 9.6 | 8.4 | 14.4 | 13.6 |
| **Private Nonprofit** | | | | | | | | |
| Pro-Bono Hours | 48.4 | 55.6 | 34.4 | 41.5 | n/a | 72.5 | n/a | n/a |
| Community Service Hours | 10.0 | 7.0 | 12.4 | 4.4 | 10.2 | 21.5 | 4.8 | n/a |
| **Corporate In-house Counsel** | | | | | | | | |
| Pro-Bono Hours | 12.9 | 4.3 | 18.7 | n/a | n/a | n/a | n/a | n/a |
| Community Service Hours | 11.3 | 10.9 | 12.3 | 6.6 | n/a | n/a | n/a | n/a |
| **Judge/Hearings Officer** | | | | | | | | |
| Pro-Bono Hours | 6.6 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Community Service Hours | 13.6 | 11.2 | 20.0 | 13.6 | 10.0 | n/a | n/a | n/a |

Table 41 title: **Table 41: 2016 Average Pro-Bono and Community Service Hours per Month by Type of Employment**

**Exhibit 3**     **Page 45 of 66**

## Table 41: 2016 Average Pro-Bono and Community Service Hours per Month by Type of Employment

**Public Defense**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pro-Bono Hours | 17.2 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Community Service Hours | 10.1 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

**Other**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pro-Bono Hours | 12.3 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Community Service Hours | 21.9 | n/a | 26.9 | n/a | n/a | n/a | n/a | n/a |

Q10: What was the average number of hours per month in 2016 you provided pro-bono legal services to individuals **whom you did not bill**?

Q11: What was the average number of hours per month in 2016 that you volunteered for charitable organizations, churches, or other community services?

Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016?

# Career Satisfaction

Respondents were asked to rate their satisfaction with their legal employment on a scale from 1 (Very Dissatisfied) to 5 (Very Satisfied). Figure 2 presents the mean ratings for all respondents providing an answer to the survey item. Overall, the ratings are high both statewide (mean=3.98) and across the regions (mean=3.87 to 4.15).

Figure 2:   Legal Employment Satisfaction Mean Ratings (n=1,502)



Q17: How satisfied are you with your legal employment?

## Gender

Figure 3 presents the mean employment satisfaction for male and female lawyers, which shows that they are quite similar statewide and across most of the regions.

Figure 3: Legal Employment Satisfaction Mean Ratings by Gender



Q17: How satisfied are you with your legal employment?
Q22: How do you identify your gender?

## Total Years Admitted to Practice

Table 42 presents the mean legal employment ratings by total years admitted to practice. In general, the ratings increased with more years in practice statewide, except for a slightly lower mean rating for lawyers in practice 10-12 years. Variations occurred across the regions.

| Table 42: Legal Employment Satisfaction Mean Ratings by Total Years Admitted to Practice | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=1,493) | Portland (n=475) | Tri-County (n=459) | Upper Willamette Valley (n=217) | Lower Willamette Valley (n=128) | Southern Oregon (n=74) | Eastern Oregon (n=95) | Oregon Coast (n=45) |
| 0-3 years | 3.77 | 3.78 | 3.56 | 4.00 | 3.50 | **4.14** | 4.29 | n/a |
| 4-6 years | 3.85 | 3.95 | 3.84 | 3.78 | 3.93 | 3.43 | 3.64 | n/a |
| 7-9 years | 3.81 | 3.88 | 3.86 | 3.83 | 4.00 | 3.86 | 3.50 | 3.00 |
| 10-12 years | 3.69 | 3.60 | 3.68 | 4.00 | 3.50 | 4.00 | n/a | n/a |
| 13-15 years | 3.79 | 3.78 | 3.78 | 4.09 | n/a | 3.86 | **4.33** | n/a |
| 16-20 years | 4.10 | 3.89 | **4.28** | 4.29 | 3.59 | 4.00 | n/a | **4.57** |
| 21-30 years | 4.07 | **4.30** | 3.88 | 4.20 | 3.96 | 4.00 | 4.00 | 3.80 |
| Over 30 years | **4.23** | 4.24 | 4.16 | **4.47** | **4.32** | 4.13 | 4.13 | 4.00 |

Q17: How satisfied are you with your legal employment?
Q2: What year were you admitted into any state bar (including Oregon)? *[converted into number of years]*

## Type of Employment

Table 43 presents legal employment satisfaction across the types of employment. The highest mean rating was for Judge/Hearings Officers (mean=4.50) statewide, with variations across the regions.

| Table 43: Legal Employment Satisfaction Mean Ratings by Type of Employment as of 12/31/16 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=1,502) | Portland (n=479) | Tri-County (n=461) | Upper Willamette Valley (n=219) | Lower Willamette Valley (n=128) | Southern Oregon (n=74) | Eastern Oregon (n=96) | Oregon Coast (n=45) |
| Private | 3.84 | 3.91 | 3.80 | 3.86 | 3.65 | 3.84 | 3.88 | 3.70 |
| Private Nonprofit | 4.21 | **4.32** | 4.18 | 4.14 | 4.23 | **4.36** | 3.89 | n/a |
| Government | 4.25 | 4.14 | 4.34 | 4.32 | **4.31** | 4.33 | 3.86 | 4.36 |
| Corporate In-house Counsel | 4.02 | 4.13 | 4.01 | 4.17 | 3.71 | n/a | n/a | n/a |
| Judge/Hearings Officer | **4.50** | 3.89 | **4.38** | **4.94** | 4.29 | n/a | **5.00** | n/a |
| Public Defense | 3.38 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Other | 4.33 | n/a | n/a | 4.25 | n/a | n/a | n/a | n/a |

Q17: How satisfied are you with your legal employment?
Q6: Which type of employment represented 50% or more of your practice as of 12/31/2016?

## Area of Practice

Table 44 presents mean legal employment satisfaction ratings by area of practice. Statewide, the highest mean satisfaction was for Criminal – Private Bar lawyers (mean=4.12). Variations across regions occurred.

| Table 44: | Legal Employment Satisfaction Mean Ratings by Area of Practice as of 12/31/16 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Practice Area -- Private** | Oregon (n=1,309) | Portland (n=467) | Tri-County (n=383) | Upper Willamette Valley (n=127) | Lower Willamette Valley (n=116) | Southern Oregon (n=85) | Eastern Oregon (n=93) | Oregon Coast (n=38) |
| Bankruptcy | 3.72 | 3.91 | 3.38 | n/a | n/a | n/a | n/a | n/a |
| Business/ Corporate – Litigation | 4.01 | 4.06 | 3.79 | 4.33 | 3.75 | n/a | 4.11 | n/a |
| Business/ Corporate – Transactional | 3.85 | 3.75 | 3.84 | 3.94 | 3.85 | 4.17 | **4.13** | n/a |
| Civil Litigation – Defendant (excludes insurance defense) | 3.93 | 3.98 | **4.14** | n/a | 3.14 | 4.14 | 3.50 | n/a |
| Civil Litigation – Insurance Defense | 3.66 | 3.63 | 3.31 | **4.50** | n/a | n/a | n/a | n/a |
| Civil Litigation – Plaintiff (excludes personal injury) | 4.00 | 4.15 | 3.94 | 3.90 | 3.58 | 4.00 | 4.11 | n/a |
| Civil Litigation – Plaintiff, Personal Injury | 3.89 | 3.91 | 3.84 | 3.75 | n/a | 3.88 | 4.50 | n/a |
| Criminal – Private Bar | **4.12** | 4.08 | 4.00 | 4.40 | n/a | n/a | 4.00 | 4.17 |
| Family Law | 3.80 | 3.67 | 3.98 | 3.86 | 3.80 | 3.38 | 3.75 | 3.78 |
| Real Estate/Land Use/ Environmental Law | 4.05 | **4.47** | 3.77 | 4.25 | **4.09** | **4.25** | 4.00 | n/a |
| Tax/Estate Planning | 3.87 | 3.77 | 3.96 | 3.67 | 3.86 | 4.09 | 4.09 | 3.40 |
| Workers' Compensation | 3.79 | 4.25 | 3.40 | n/a | n/a | n/a | n/a | n/a |
| General (no area over 50%) | 3.57 | 3.89 | 3.40 | 3.67 | 3.88 | 3.77 | 3.33 | 3.00 |
| Administrative Law | 3.65 | 3.63 | 3.91 | n/a | 3.33 | n/a | n/a | n/a |
| Other | 3.95 | 4.18 | 3.78 | 3.88 | n/a | n/a | n/a | n/a |
| **Practice Area – Private Nonprofit or Government** | Oregon (n=39) | Portland (n=5) | Tri-County (n=6) | Upper Willamette Valley (n=8) | Lower Willamette Valley (n=4) | Southern Oregon (n=7) | Eastern Oregon (n=6) | Oregon Coast (n=3) |
| Criminal – Public Defender | 3.81 | 3.60 | 4.40 | 3.38 | n/a | 4.33 | 3.50 | n/a |
| Criminal – Public Prosecutor | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Q17: How satisfied are you with your legal employment?
Q7: Which area(s) of practice represented 50% or more of your practice as of 12/31/2016? *[select all that apply]*

## Level of Employment

Table 45 presents mean ratings of legal employment satisfaction by current level of employment. Full-time lawyers had slightly higher satisfaction statewide and in four of the seven regions.

| | | | | Table 45: Legal Employment Satisfaction Mean Ratings by Current Level of Employment | | | | |
|---|---|---|---|---|---|---|---|---|
| **Employment Level** | **Oregon** (n=1,500) | **Portland** (n=478) | **Tri- County** (n=461) | **Upper Willamette Valley** (n=219) | **Lower Willamette Valley** (n=128) | **Southern Oregon** (n=74) | **Eastern Oregon** (n=95) | **Oregon Coast** (n=45) |
| Full-time Lawyer | **4.02** | **3.99** | **4.05** | **4.19** | 3.87 | **4.00** | 3.95 | 3.94 |
| Part-time Lawyer by Choice | 3.97 | 3.95 | 3.94 | 3.94 | **4.14** | 3.88 | **4.00** | **4.00** |
| Part-time Lawyer Due to Lack of Legal Work | 2.35 | n/a | 2.22 | n/a | n/a | n/a | n/a | n/a |

Q17: How satisfied are you with your legal employment?
Q5: What best describes your current level of employment?

## Non-legal Career Satisfaction

Respondents who reported not currently working as a lawyer were asked to rate how satisfied they are with their non-legal employment. Figure 4 shows that their satisfaction was quite high. Unfortunately, there were not enough lawyers in three of the seven regions to present those mean ratings.

Figure 4: Non-legal Employment Satisfaction Mean Ratings (n=150)



Q4b: How satisfied are you with your non-legal employment?

## Level of Non-legal Employment

Those respondents who were not currently working as a lawyer in Oregon were further differentiated as either Not Wanting Legal Work or Wanting Legal work. The mean non-legal employment ratings for those lawyers are presented in Table 46 both statewide and for the regions with large enough sample sizes.

| Table 46: Non-legal Employment Satisfaction Mean Ratings by Current Level of Non-Legal Employment | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Non-Legal Employment** | Oregon (n=150) | Portland (n=29) | Tri-County (n=79) | Upper Willamette Valley (n=20) | Lower Willamette Valley (n=17) | Southern Oregon (n=3) | Eastern Oregon (n=1) | Oregon Coast (n=1) |
| Working, but Not in Legal Work and **Not Wanting** Legal Work | **4.36** | **4.42** | **4.31** | 4.24 | 4.57 | n/a | n/a | n/a |
| Working, but Not in Legal Work and **Wanting** Legal Work | 3.33 | 3.80 | 3.27 | n/a | n/a | n/a | n/a | n/a |

Q4b: How satisfied are you with your non-legal employment?
Q4a: Please select the response that best describes your current employment status. *[Other Q4a responses]*

## Gender

Mean non-legal employment satisfaction for male and female lawyers was reported in 2012; however, for the 2017 survey, demographic data (including gender) was not gathered for respondents not currently working as a lawyer and cannot be presented here.

## Total Years Admitted to Practice

Table 47 presents mean non-legal employment satisfaction ratings across the total years admitted to practice. Lawyers admitted to practice Over 30 Years had the highest satisfaction rating statewide, but regional comparisons are not possible due to so many sample sizes being too small to report.

| Table 47: Non-legal Employment Satisfaction Mean Ratings by Total Years Admitted to Practice | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oregon (n=150) | Portland (n=29) | Tri-County (n=79) | Upper Willamette Valley (n=20) | Lower Willamette Valley (n=17) | Southern Oregon (n=3) | Eastern Oregon (n=1) | Oregon Coast (n=1) |
| 0-3 years | 3.93 | 4.20 | n/a | n/a | n/a | n/a | n/a | n/a |
| 4-6 years | 4.05 | n/a | 4.08 | n/a | n/a | n/a | n/a | n/a |
| 7-9 years | 4.33 | n/a | 4.11 | n/a | n/a | n/a | n/a | n/a |
| 10-12 years | 3.81 | 4.17 | 3.00 | n/a | n/a | n/a | n/a | n/a |
| 13-15 years | 4.20 | n/a | 4.13 | n/a | n/a | n/a | n/a | n/a |
| 16-20 years | 4.00 | n/a | 4.10 | n/a | n/a | n/a | n/a | n/a |
| 21-30 years | 4.37 | 4.33 | 4.53 | 4.25 | n/a | n/a | n/a | n/a |
| Over 30 years | **4.38** | n/a | 4.42 | n/a | n/a | n/a | n/a | n/a |

Q4b: How satisfied are you with your non-legal employment?
Q2: What year were you admitted to any state bar (including Oregon)?

# Future Plans

Respondents were asked to identify their plans for the next five years. Table 48 presents the distribution of those responses both statewide and across the regions. This item included an Other option for respondents to select and then fill in a written response. Those responses were reviewed and either recoded into existing categories, left in Other, or coded into new categories (i.e., Change Area of Practice or Firm, Go Solo/Own Practice, and Become a Judge). This item allowed respondents to select all that apply, so the percentages can add up to more than 100% in each column. Both statewide and across all seven regions the most common response was None of the Above. Looking at the other options, the most common response was Planning or Contemplating Retirement statewide (19.2%) and across five of the seven regions (17.4% to 27.1%).

## Table 48: Future Plans in Next Five Years

| Future Plans | Oregon (n=1,653) | Portland (n=530) | Tri-County (n=503) | Upper Willamette Valley (n=238) | Lower Willamette Valley (n=142) | Southern Oregon (n=81) | Eastern Oregon (n=111) | Oregon Coast (n=48) |
|---|---|---|---|---|---|---|---|---|
| Planning or Contemplating Retirement | **19.2%** | **17.4%** | **18.9%** | **20.6%** | **26.1%** | 13.6% | 18.9% | **27.1%** |
| Planning to Leave the Profession, but Not Retire | 6.7% | 5.3% | 6.4% | 8.0% | 7.7% | 6.2% | 12.6% | 4.2% |
| Planning to Reduce Your Practice | 10.3% | 11.3% | 10.7% | 5.9% | 9.2% | 17.3% | 8.1% | 14.6% |
| Planning to Increase Your Practice | 16.6% | 17.5% | 17.9% | 13.0% | 12.0% | **18.5%** | **19.8%** | 14.6% |
| Change Area of Practice or Firm | 2.4% | 2.8% | 2.6% | 0.8% | 0.7% | 3.7% | 1.8% | 6.3% |
| Go Solo/Own Practice | 0.9% | 0.9% | 0.8% | 0.8% | 0.7% | 1.2% | 1.8% | 0.0% |
| Become a Judge | 0.4% | 0.4% | 0.2% | 1.3% | 0.7% | 0.0% | 0.0% | 0.0% |
| Other | 1.8% | 1.3% | 2.0% | 1.3% | 2.1% | 0.0% | 4.5% | 4.2% |
| Don't Know | 0.4% | 0.0% | 0.8% | 0.0% | 0.7% | 1.2% | 0.9% | 0.0% |
| None of the Above | 39.6% | 40.8% | 38.6% | 47.5% | 36.6% | 38.3% | 29.7% | 31.3% |
| Missing | 9.1% | 9.6% | 8.3% | 7.6% | 9.9% | 9.9% | 13.5% | 6.3% |

Q18: During the next five years, are you: *[select all that apply]*

## Type of Employment

Table 49 presents the distribution of future plan responses across the types of employment. As noted above, this was a select all that apply item, so the percentages can add up to more than 100% in each column. Other than the None of the Above option, the most common response was Planning to Increase Your Practice for Private Practice lawyers (23.4%), Planning or Contemplating Retirement for Private Nonprofit, Government, Corporate In-house Counsel, Judge/Hearings Officer and Other lawyers (11.1% to 34.5%). The one exception was for Public Defense lawyers who had the largest proportion select Planning to Leave the Profession, but not Retire (17.4%).

## Table 49: Future Plans in Next Five Years by Type of Employment as of 12/31/16

| Future Plans | Private (n=1,000) | Private Nonprofit (n=123) | Government (n=303) | Corporate In-house Counsel (n=122) | Judge/ Hearings Officer (n=58) | Public Defense (n=23) | Other (n=18) |
|---|---|---|---|---|---|---|---|
| Planning or Contemplating Retirement | 19.8% | **12.2%** | **18.2%** | **20.5%** | **34.5%** | 13.0% | **11.1%** |
| Planning to Leave the Profession, but Not Retire | 6.5% | 8.9% | 6.9% | 6.6% | 1.7% | **17.4%** | 5.6% |
| Planning to Reduce Your Practice | 14.8% | 4.1% | 3.3% | 4.1% | 1.7% | 4.3% | 5.6% |
| Planning to Increase Your Practice | **23.4%** | 8.9% | 6.3% | 4.9% | 1.7% | 8.7% | **11.1%** |
| Change Area of Practice or Firm | 2.1% | 3.3% | 4.3% | 0.8% | 0.0% | 4.3% | 0.0% |
| Go Solo/Own Practice | 1.3% | 0.8% | 0.0% | 0.8% | 1.7% | 0.0% | 0.0% |
| Become a Judge | 0.3% | 0.0% | 1.0% | 0.8% | 1.7% | 0.0% | 0.0% |
| Other | 2.6% | 0.0% | 1.0% | 0.8% | 0.0% | 0.0% | 0.0% |
| Don't Know | 0.6% | 0.8% | 0.0% | 0.8% | 0.0% | 0.0% | 0.0% |
| None of the Above | 29.5% | 52.0% | 60.7% | 60.7% | 41.4% | 30.4% | 33.3% |
| Missing | 9.0% | 13.0% | 2.3% | 7.4% | 17.2% | 30.4% | 33.3% |

Q18: During the next five years, are you: [select all that apply]
Q6: Which type of employment represented 50% 60.7or more of your practice as of 12/31/2016?

## Legal Employment Satisfaction

Table 50 presents the proportion of each legal employment satisfaction rating across the different future plan responses. The percentages are presented based on the distribution of responses within each rating, so it is best to make comparisons looking down each column of the table, keeping in mind that respondents could select all that apply so the percentages can add up to more than 100%. Lawyers Planning to Leave the Profession, but Not Retire had the largest proportion of Very Dissatisfied (35.9%) and Dissatisfied (31.3%) responses.

## Table 50: Future Plans in Next Five Years by Legal Employment Satisfaction

| Future Plans | Very Dissatisfied (n=39) | Dissatisfied (n=112) | Neither Satisfied nor Dissatisfied (n=184) | Satisfied (n=674) | Very Satisfied (n=493) |
|---|---|---|---|---|---|
| Planning or Contemplating to Retire | 17.9% | 17.9% | 14.7% | 20.2% | 26.0% |
| Planning to Leave the Profession, but Not Retire | **35.9%** | **31.3%** | 13.6% | 4.3% | 1.6% |
| Planning to Reduce Your Practice | 7.7% | 16.1% | 12.5% | 11.1% | 10.5% |
| Planning to Increase Your Practice | 23.1% | 13.4% | 23.4% | 21.1% | 13.4% |
| Change Area of Practice or Firm | 5.1% | 8.9% | 4.9% | 1.9% | 1.0% |
| Go Solo/Own Practice | 0.0% | 3.6% | 1.6% | 1.2% | 0.0% |
| Become a Judge | 0.0% | 0.0% | 0.5% | 0.6% | 0.4% |
| Other | 5.1% | 2.7% | 2.7% | 1.8% | 1.6% |
| Don't Know | 0.0% | 0.0% | 2.2% | 0.4% | 0.0% |
| None of the Above | 23.1% | 25.9% | **35.3%** | **44.5%** | **50.3%** |
| Missing | 0.0% | 0.9% | 0.0% | 0.3% | 0.0% |

Q17: How satisfied are you with your legal employment?
Q18: During the next five years, are you: [select all that apply]

# Leadership Bank Program

A new section was added to the survey this year to ask about the Leadership Bank program.

## Familiarity

Respondents were first ask how familiar they are with the Oregon law Foundation's Leadership Bank program. The majority of respondents statewide (66.8%) and across all seven regions (54.1% to 71.0%) were Not at All Familiar with the program.

### Table 51: Familiarity with Leadership Banks (n=1,653)

| Familiarity | Oregon (n=1,653) | Portland (n=530) | Tri-County (n=503) | Upper Willamette Valley (n=238) | Lower Willamette Valley (n=142) | Southern Oregon (n=81) | Eastern Oregon (n=111) | Oregon Coast (n=48) |
|---|---|---|---|---|---|---|---|---|
| Not at All | 66.8% | 70.2% | 65.8% | 71.0% | 62.0% | 65.4% | 54.1% | 66.7% |
| Somewhat | 17.2% | 13.8% | 17.5% | 16.8% | 22.5% | 18.5% | 24.3% | 18.8% |
| Very | 6.5% | 6.4% | 7.8% | 4.2% | 5.6% | 6.2% | 7.2% | 8.3% |
| Missing | 9.4% | 9.6% | 8.9% | 8.0% | 9.9% | 9.9% | 14.4% | 6.3% |

Q19: How familiar are you with the Oregon Law Foundation's Leadership Bank Program?

## Choosing a Bank

After being provided with an explanation that Leadership Banks pay above-market interest rates on IOLTA accounts and the interest earned supports civil legal aid in Oregon, respondents were asked how likely would be for them to choose a Leadership Bank. Over one-third of respondents both statewide (36.2%) and across six of the seven regions (33.3% to 41.5%) would be more likely to choose a Leadership Bank.

### Table 52: Likelihood of Choosing a Bank if it Were a Leadership Bank (n=1,653)

| Likelihood | Oregon (n=1,653) | Portland (n=530) | Tri-County (n=503) | Upper Willamette Valley (n=238) | Lower Willamette Valley (n=142) | Southern Oregon (n=81) | Eastern Oregon (n=111) | Oregon Coast (n=48) |
|---|---|---|---|---|---|---|---|---|
| More Likely | 36.2% | 39.8% | 36.0% | 23.9% | 41.5% | 40.7% | 36.9% | 33.3% |
| Less Likely | 0.3% | 0.4% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 2.1% |
| Knowing that Would Not Influence My Choice | 14.0% | 9.6% | 15.9% | 13.9% | 14.1% | 19.8% | 15.3% | 29.2% |
| Do Not Have or Expect to Have an IOLTA Account | 27.2% | 22.3% | 26.8% | 46.2% | 26.1% | 18.5% | 20.7% | 22.9% |
| Don't Know | 12.5% | 17.5% | 11.5% | 7.6% | 8.5% | 9.9% | 12.6% | 6.3% |
| Missing | 9.9% | 10.4% | 9.3% | 8.4% | 9.9% | 11.1% | 14.4% | 6.3% |

Q20: Leadership Banks pay above-market interest rates (sometimes up to 100 times the market rate) on IOLTA accounts. The interest earned on those accou8nts supports civil legal aid in Oregon. Would knowing that a bank you are considering is a Leadership Bank make you more or less likely to choose that bank?

# Appendix A: Survey Instrument

# OSB Economic Survey 2017

INTRO Welcome to the 2017 Oregon State Bar Economic Survey. This survey is being conducted to gather useful information for the benefit of bar members both in private practice and other environments. The last OSB Economic Survey was conducted in 2012 and much of the current survey is similar to allow for comparing results over time.

The survey will take less than 10 minutes, participation is voluntary, you can skip any item that you do not want to answer, and your responses will be completely confidential. The bar has contracted with Portland State University to conduct the survey. PSU will not share any personally identifiable information with the bar. All of the data will be reported in summary form. It will not be possible to identify any individual person or response in the results.

If you are unable to finish the survey now, you can come back later and pick up where you left off by clicking on the link in your email.

The Bar values your feedback and your time.

-------------------------------------------------------------------------------------------------------------------------

**Q1 What year were you admitted to the Oregon State Bar?** _____

**Q2 What year were you admitted to any state bar (including Oregon)?** _____

**Q3 Are you an active member of any of the following other state bars?** *[Select ALL that apply]*
- ☐ Washington  (1)
- ☐ Idaho  (2)
- ☐ California   (3)
- ☐ Other, please specify:  (4) _____

**Q4 Are you currently working as a lawyer in Oregon?**
- ○ Yes  (1)
- ○ No  (2)

*Display This Question: If Q4 = No*

**Q4a Please select the response that best describes your current employment status.**
- ○  Working, but not in legal work and **not wanting** legal work  (1)
- ○  Working, but not in legal work and **wanting** legal work  (2)
- ○  Retired  (3)
- ○  Not working by choice  (4)
- ○  Unemployed, looking for work   (5)

*Skip To: End of Survey If Q4a = Retired*
*Skip To: End of Survey If Q4a = Not working by choice*
*Skip To: End of Survey If Q4a = Unemployed, looking for work*

*Display This Question: If Q4 = No*

**Q4b How satisfied are you with your non-legal employment?**
- ○  Very Dissatisfied 1  (1)
- ○  Dissatisfied 2  (2)
- ○  Neither Satisfied nor Dissatisfied 3  (3)
- ○  Satisfied 4  (4)
- ○  Very Satisfied 5  (5)

*Skip To: End of Survey if Q4b Is Displayed*

**Q5 What best describes your current level of employment?**
- ○ Full-time lawyer  (1)
- ○ Part-time lawyer due to lack of legal work  (2)
- ○ Part-time lawyer by choice (i.e., for reasons other than lack of legal work)  (3)

*Display This Question:*
*If Q5 = Part-time lawyer by choice (i.e., for reasons other than lack of legal work)*

**Q5a For what reason(s) are you a part-time lawyer by choice?** *[Select ALL that apply]*
- ☐ Lack of affordable, quality childcare  (1)
- ☐ Maintain work/family balance  (2)
- ☐ Other career interests  (3)
- ☐ Educational pursuits  (4)
- ☐ Other, please specify:  (5) _____

**Q6 Which type of employment represented 50% or more of your practice as of 12/31/2016?**
- ○ Private  (1)
- ○ Private non-profit  (2)
- ○ Government  (3)
- ○ Corporate in-house counsel  (4)
- ○ Judge/hearings officer  (5)
- ○ Other, please specify:  (6) _____

*Skip To: Q14 If Q6 = Government*

**Q7 Which area(s) of practice represented 50% or more of your practice as of 12/31/2016?**
*[Select ALL that apply]*
- ☐ Bankruptcy  (1)
- ☐ Business/Corporate – Litigation  (2)
- ☐ Business/Corporate -- Transactional  (3)
- ☐ Civil Litigation – Defense (excludes Insurance Defense)  (4)
- ☐ Civil Litigation – Insurance Defense  (5)
- ☐ Civil Litigation – Plaintiff (excludes Personal Injury)  (6)
- ☐ Civil Litigation – Plaintiff, Personal Injury  (7)
- ☐ Criminal – Private Bar  (8)
- ☐ Criminal – Public Defender  (9)
- ☐ Criminal – Public Prosecutor  (10)
- ☐ Family Law  (11)
- ☐ Real Estate/Land Use/Environmental Law  (12)
- ☐ Tax/Estate Planning  (13)
- ☐ Workers' Compensation  (14)
- ☐ General (no area over 50%)  (15)
- ☐ Other, please specify:  (16) _____

**Q8 To represent the size of your practice, please identify the number of lawyers that were in your office as of 12/31/2016.**
- ○ 1 Lawyer Office  (1)
- ○ 2 Lawyer Office  (2)
- ○ 3 to 6 Lawyer Office  (3)
- ○ 7 to 20 Lawyer Office  (4)
- ○ 21 to 60 Lawyer Office  (5)
- ○ Over 60 Lawyer Office  (6)

**Q9 What was the average number of hours per month that you worked in 2016? Include all hours in the office or on the job, whether billed or not.** _____

**Q10 What was the average number of hours per month in 2016 you provided pro bono legal services to individuals <u>whom you did not bill</u>?** If none, enter 0. _____

**Q11 What was the average number of hours per month in 2016 that you volunteered for charitable organizations, churches, or other community services?** If none, enter 0. _____

**Q12 What was your annual net personal income before taxes from your legal practice for the year ending 12/31/2016? You may obtain the amount from your W-2, K-1, or Schedule C. If you practiced for less than one year, annualize your response (e.g., multiply six months income times two).**

**Q13 What was your method of pay as of 12/31/2016?**
- ○ Owner (i.e., Partner, Shareholder, Sole Practitioner)  (1)
- ○ Employee (i.e., salaried or hourly paid)  (2)
- ○ Contract (i.e., paid by hour or assignment)  (3)

**Q14 When you charged on an hourly basis, what was your usual billing rate per hour in 2016?**
- ○ $ (1) _____
- ○ Not Applicable, don't charge an hourly rate  (2)

**Q15 What was the average number of hours that you billed per month in 2016?**
- ○ Number of hours per month:  (1) _____
- ○ Not Applicable, don't bill by the hour  (2)

**Q16 Did you bill <u>over one-third</u> of your time on an hourly billing rate basis?**
- ○ Yes  (1)
- ○ No  (2)

*Display This Question: If Q16 = Yes*

**Q16a Which of the following represents any change in your billing methods over the last five years?**
- ○ **Decrease** in portion of hourly billing method and **increase** in other billing methods (e.g., flat rate, value billing, etc.)  (1)
- ○ **Increase** in portion of hourly billing method and **decrease** in other billing methods (e.g., flat rate, value billing, etc.)  (2)
- ○ No change in portion of hourly billing method  (3)

**Q17 How satisfied are you with your legal employment?**
- ○ Very Dissatisfied 1  (1)
- ○ Dissatisfied 2  (2)
- ○ Neither Satisfied nor Dissatisfied 3  (3)
- ○ Satisfied 4  (4)
- ○ Very Satisfied 5  (5)

**Q18 During the next five years, are you:** *[Select ALL that apply]*
- ☐ Planning or contemplating retirement  (1)
- ☐ Planning to leave the profession, but not retire  (2)
- ☐ Planning to reduce your practice  (3)
- ☐ Planning to increase your practice  (4)
- ☐ Other, please specify or provide additional details about your plans:  (5) _____
- ☐ None of the above  (6)

**Q19 How familiar are you with the Oregon Law Foundation's Leadership Bank program?**
- ○ Not at all  (1)
- ○ Somewhat  (2)
- ○ Very  (3)

**Q20 Leadership Banks pay above-market interest rates (sometimes up to 100 times the market rate) on IOLTA accounts. The interest earned on those accounts supports civil legal aid in Oregon. Would knowing that a bank you are considering is a Leadership Bank make you more or less likely to choose that bank for your IOLTA account?**
- ○ More likely  (1)
- ○ Less likely  (2)
- ○ Knowing that would not influence my choice  (3)
- ○ Do not have or expect to have an IOLTA account  (4)
- ○ Don't know  (5)

**DEMO The following items will be used to describe the group of respondents completing the survey.**

**Q21 What was your age as of 12/31/2016? _____**

**Q22 How do you identify your gender?**
- ○ Male  (1)
- ○ Female  (2)
- ○ Non-binary  (3)
- ○ Prefer not to disclose  (4)

**Q23 How do you identify your race or ethnicity?** *[Select ALL that apply]*
- ☐ American Indian or Alaska Native  (1)
- ☐ Asian or Pacific Islander  (2)
- ☐ Black or African American  (3)
- ☐ Hispanic or Latino/a  (4)
- ☐ White or Caucasian  (5)
- ☐ Other, please specify:  (6) _____
- ☐ Prefer to not disclose  (7)

**Q24 How many children live in your household in each of the following age groups?**

|  | None (1) | 1 (2) | 2 (3) | 3 (4) | 4 (5) | 5 (6) | 6 or more (7) |
|---|---|---|---|---|---|---|---|
| 0 to 2 years (1) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 3 to 6 years (2) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 7 to 12 years (3) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13 to 17 years (4) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 18 years or older (5) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**Q25 In which county is your firm located?**

| Baker (1) ... to … Yamhill (36) |
|---|

*Display This Question: If Q25 = Multnomah*
**Q26 What is your firm's ZIP code?_____**

**COM That completes the survey. Do you have any additional comments you would like to add?**
   ○ No  (1)
   ○ Yes (please specify):  (2) _____

END Thank you for completing the 2017 Oregon State Bar Economic Survey.  Please select "Submit Survey" to finish your survey. If you have questions about this study, you can contact Kay Pulju at kpulju@osbar.org or 503-431-6402. If you have questions about the Survey Research Lab at Portland State University, you may contact Dr. Debi Elliott, the Director, at 503-725-5198 or elliottd@pdx.edu or visit the Survey Research Lab website at www.srl.pdx.edu.

# Appendix B: Email Invitation and Reminders

**Subject: 2017 Oregon State Bar Economic Survey**

Dear [Name],

You are part of a sample that has been randomly selected to represent the total bar membership in the 2017 Oregon State Bar Economic Survey. The goal of this survey is to collect useful information for the benefit of bar members both in private practice and other environments. The last survey of this type was conducted in 2012. The current survey is similar, making it possible to compare results over time.

Completing the survey is easy and should only take about 10 minutes. To take the survey, just click here [Survey Link] or copy the URL below into your web browser. You've been selected to participate as part of a random sample of OSB members and this link is unique to you. Please do not share it with anyone else.

${l://SurveyURL}

This survey is being conducted by the Portland State University Survey Research Lab on behalf of the bar. It is voluntary and completely confidential. All of the findings will be reported in summary form. Your name or email address will never be associated with your responses in the results.

If you have any questions about this survey, please contact Kelly Hunter by email at srlweb@pdx.edu or by phone at 503-725-2786.

The survey will remain open until **August 31, 2017**.

Thank you,
Kelly Hunter
Senior Research Assistant
Portland State University Survey Research Lab
503-725-2786

${l://OptOutLink?d=Click here to unsubscribe}

**#2 – Reminder 1 (Sent Friday, August 18, 2017 at 12:30 PM)**

**Subject: Reminder - 2017 Oregon State Bar Economic Survey**

Dear [Name],

Last week we invited you to participate in the 2017 Oregon State Bar Economic Survey. The goal of this survey is to collect useful information for the benefit of bar members both in private practice and other environments. The last survey of this type was conducted in 2012. The current survey is similar, making it possible to compare results over time.

If you have already taken this survey, thank you! If not, please take a few minutes to complete it by **August 31, 2017**. Completing the survey is easy and should only take about 10 minutes. To take the survey, just click here [Survey Link] or copy the URL below into your web browser. *You've been selected to participate as part of a random sample of OSB members and this link is unique to you. Please do not share it with anyone else.*

${l://SurveyLink}

This survey is being conducted by the Portland State University Survey Research Lab on behalf of the bar. It is voluntary and completely confidential. All of the findings will be reported in summary form. Your name or email address will never be associated with your responses in the results.

If you have any questions about this survey, please contact Kelly Hunter by email at srlweb@pdx.edu or by phone at 503-725-2786.

Thank you,
Kelly Hunter
Research Assistant
PSU Survey Research Lab
503-725-2786

${l://OptOutLink?d=Click%20here} if you would like to opt-out of receiving reminder emails

**Subject: Final Reminder – 2017 Oregon State Bar Economic Survey**

Dear [Name},

A couple weeks ago, we invited you to participate in the 2017 Oregon State Bar Economic Survey. The goal of this survey is to collect useful information for the benefit of bar members both in private practice and other environments. The last survey of this type was conducted in 2012. The current survey is similar, making it possible to compare results over time.

If you have already taken this survey, thank you! If not, please take a few minutes to complete it by **August 31, 2017**. Completing the survey is easy and should only take about 10 minutes. To take the survey, just click here [Survey Link] or copy the URL below into your web browser. *You've been selected to participate as part of a random sample of OSB members and this link is unique to you. Please do not share it with anyone else.*

${l://SurveyLink}

This survey is being conducted by the Portland State University Survey Research Lab on behalf of the bar. It is <u>voluntary and completely confidential</u>. All of the findings will be reported in summary form. Your name or email address will never be associated with your responses in the results.

If you have any questions about this survey, please contact Kelly Hunter by email at srlweb@pdx.edu or by phone at 503-725-2786.

Thank you,
Kelly Hunter
Research Assistant
Portland State University Survey Research Lab
503-725-2786

${l://OptOutLink?d=click%20here} to unsubscribe from this email list

**#4 – Special Request (Sent Monday, September 11, 2017 at 10:30 AM)**

**Subject: Special Request – 2017 Oregon State Bar Economic Survey Deadline Extended**

Dear [Name],

Last month, we invited you to participate in the 2017 Oregon State Bar Economic Survey. The goal of this survey is to collect useful information for the benefit of bar members both in private practice and other environments.

The last survey of this type was conducted in 2012. The current survey is similar, making it possible to compare results over time. **In order to accurately report and compare results, the percentage of surveys completed by lawyers in each region of Oregon must be similar to the overall distribution of OSB membership. If your practice is located in Downtown Portland or the Tri-County area (Multnomah, Washington, and Clackamas Counties), we strongly encourage you to participate in this very important survey.**

If you have already taken this survey, thank you! If not, the deadline to complete it has been extended. Please take a few minutes to complete it as soon as possible. Completing the survey is easy and should only take about 10 minutes. To take the survey, just click here [Survey Link] or copy the URL below into your web browser. *You've been selected to participate as part of a random sample of OSB members and this link is unique to you. Please do not share it with anyone else.*

${l://SurveyLink}

This survey is being conducted by the Portland State University Survey Research Lab on behalf of the bar. It is voluntary and completely confidential. All of the findings will be reported in summary form. Your name or email address will never be associated with your responses in the results.

If you have any questions about this survey, please contact Kelly Hunter by email at srlweb@pdx.edu or by phone at 503-725-2786.

Thank you,
Kelly Hunter
Research Assistant
Portland State University Survey Research Lab
503-725-2786

${l://OptOutLink?d=click%20here} to unsubscribe from this email list

**Exhibit 3**                    **Page 63 of 66**

**Subject: 2017 Oregon State Bar Economic Survey**

Dear [Name],

You are part of a sample that has been randomly selected to represent the total bar membership in the 2017 Oregon State Bar Economic Survey. The goal of this survey is to collect useful information for the benefit of bar members both in private practice and other environments. The last survey of this type was conducted in 2012. The current survey is similar, making it possible to compare results over time.

Completing the survey is easy and should only take about 10 minutes. To take the survey, just click here [Survey Link] or copy the URL below into your web browser. You've been selected to participate as part of a random sample of OSB members and this link is unique to you. Please do not share it with anyone else.

${l://SurveyURL}

This survey is being conducted by the Portland State University Survey Research Lab on behalf of the bar. It is <u>voluntary and completely confidential</u>. All of the findings will be reported in summary form. Your name or email address will never be associated with your responses in the results.

If you have any questions about this survey, please contact Kelly Hunter by email at srlweb@pdx.edu or by phone at 503-725-2786.

The survey deadline has been extended and it will remain open until **October 15, 2017**.

Thank you,
Kelly Hunter
Senior Research Assistant
Portland State University Survey Research Lab503-725-2786

${l://OptOutLink?d=Click here to unsubscribe}

**Subject: Reminder - 2017 Oregon State Bar Economic Survey**

Dear [Name],

Last week we invited you to participate in the 2017 Oregon State Bar Economic Survey. The goal of this survey is to collect useful information for the benefit of bar members both in private practice and other environments. The last survey of this type was conducted in 2012. The current survey is similar, making it possible to compare results over time.

If you have already taken this survey, thank you! If not, please take a few minutes to complete it by **October 15, 2017**. Completing the survey is easy and should only take about 10 minutes. To take the survey, just click here [Survey Link] or copy the URL below into your web browser. *You've been selected to participate as part of a random sample of OSB members and this link is unique to you. Please do not share it with anyone else.*

${l://SurveyLink}

This survey is being conducted by the Portland State University Survey Research Lab on behalf of the bar. It is voluntary and completely confidential. All of the findings will be reported in summary form. Your name or email address will never be associated with your responses in the results.

If you have any questions about this survey, please contact Kelly Hunter by email at srlweb@pdx.edu or by phone at 503-725-2786.

Thank you,
Kelly Hunter
Research Assistant
PSU Survey Research Lab
503-725-2786

${l://OptOutLink?d=Click%20here} if you would like to opt-out of receiving reminder emails

**Exhibit 3**                    **Page 65 of 66**

**Subject: Final Reminder - 2017 Oregon State Bar Economic Survey**

Dear [Name],

A couple weeks ago, we invited you to participate in the 2017 Oregon State Bar Economic Survey. The goal of this survey is to collect useful information for the benefit of bar members both in private practice and other environments. The last survey of this type was conducted in 2012. The current survey is similar, making it possible to compare results over time.

If you have already taken this survey, thank you! If not, please take a few minutes to complete it by **October 15, 2017**. Completing the survey is easy and should only take about 10 minutes. To take the survey, click here [Survey Link] or copy the URL below into your web browser. *You've been selected to participate as part of a random sample of OSB members and this link is unique to you. Please do not share it with anyone else.*

${l://SurveyLink}

This survey is being conducted by the Portland State University Survey Research Lab on behalf of the bar. It is voluntary and completely confidential. All of the findings will be reported in summary form. Your name or email address will never be associated with your responses in the results.

If you have any questions about this survey, please contact Kelly Hunter by email at srlweb@pdx.edu or by phone at 503-725-2786.

Thank you,
Kelly Hunter
Research Assistant
Portland State University Survey Research Lab
503-725-2786

${l://OptOutLink?d=click%20here} to unsubscribe from this email list