

Exhibit 4    Page 1 of 1