**Quantitative Social Science LLC**

200 1ˢᵗ Ave West, Suite 308
Seattle, WA 98119
USA
Phone: (206) 384-7072



# INVOICE

| | |
|---|---|
| Invoice Number: | 1276 |
| Invoice Date: | 3/30/22 |
| Page(s): | 1 |

| Engagement: |
|---|
| Angela Schultz |

| Work Performed By: |
|---|
| Dr. Paul A. Torelli |
| Chief Economist |
| Quantitative Social Science |

| Bill To: |
|---|
| Robert Meyer |
| Meyer Stephenson |
| 1 SW Columbia Street, Suite 1850 |
| Portland, OR 97204 |
| USA |
| Phone: (503) 459-4010 |

| Payment Terms | Due Date |
|---|---|
| Due at end of next month | 4/30/22 |

| ITEMIZED DESCRIPTION OF WORK PERFORMED | | | |
|---|---|---|---|
| Date | Hrs | Task | Explanation |
| 3/16/22 | 5.75 | Report Drafting | File review; research; drafting of report |

| *3/1/22 to 3/29/22:* | |
|---|---|
| **Total Billable Hours:** | 5.75 |
| **Hourly Rate:** | $425.00 |
| **Total Project Fees:** | $2,443.75 |
| **Retainer Paid:** | $2,000.00 |
| **TOTAL DUE:** | **$443.75** |

| Payment |
|---|
| Please make check payable to 'Quantitative Social Science' and mail to: |
| **Quantitative Social Science LLC** |
| **200 1ˢᵗ Ave West, Suite 308** |
| **Seattle, WA 98119** |

**Quantitative Social Science LLC**

200 1st Ave West, Suite 308
Seattle, WA 98119
USA
Phone: (206) 384-7072



# INVOICE

| | |
|---|---|
| Invoice Number: | 1314 |
| Invoice Date: | 6/26/22 |
| Page(s): | 1 |

| Engagement: | Bill To: |
|---|---|
| Angela Schultz | Robert Meyer |
| | Meyer Stephenson |
| **Work Performed By:** | 1 SW Columbia Street, Suite 1850 |
| Dr. Paul A. Torelli | Portland, OR 97204 |
| Chief Economist | USA |
| Quantitative Social Science | Phone: (503) 459-4010 |

| Payment Terms | Due Date |
|---|---|
| Due at end of next month | 7/31/22 |

| ITEMIZED DESCRIPTION OF WORK PERFORMED | | | |
|---|---|---|---|
| Date | Hrs | Task | Explanation |
| 6/14/22 | 3.75 | Report Drafting | Calculations; draft report |

|  | |
|---|---|
| *6/1/22 to 6/25/22:* | |
| **Total Billable Hours:** | 3.75 |
| **Hourly Rate:** | $425.00 |
| **Total Project Fees:** | $1,593.75 |
| **TOTAL DUE:** | **$1,593.75** |

| Payment |
|---|
| Please make check payable to 'Quantitative Social Science' and mail to: |
| **Quantitative Social Science LLC** |
| **200 1st Ave West, Suite 308** |
| **Seattle, WA 98119** |