**Itemized Costs**

| Date | Activity | Cost | Description |
|---|---|---|---|
| 4/17/20 | Filing Fee | $400.00 | Case No. 3:20-cv-00626 |
| 5/24/21 | Medical Records | $49.00 | Records Request – Dr. Cynthia Grey |
| 5/24/21 | Deposition | $1,087.50 | Aaron Thomas Court Reporting — Christin Daniels (5/10/21), April Rice (5/11/21), Tammy Kilmer (5/12/21), Lucy Anderson (5/13/21), Jenna Larsen (5/17/21) |
| 8/30/21 | Transcription | $328.00 | Veritext plaintiff's depo transcript |
| 9/1/21 | Service | $277.50 | Mercury PDX service to Lucy Andersen and April Rice |
| 9/13/21 | Investigation | $116.00 | Snyder Investigations- Services Rendered Aug 2021 |
| 9/13/21 | Transcription | $348.75 | Aaron Thomas Court Reporting — Lucy Andersen depo |
| 10/18/21 | Transcription | $641.25 | Aaron Thomas Court Reporting — April Rice, Jenna Larsen, Christy Daniels, Tammy Kilmer |
| 11/2/21 | Investigation | $110.00 | Snyder Investigations services rendered Oct 2021 |
| 2/15/22 | Witness Fee | $40.00 | Deborah Anderson |
| 2/15/22 | Witness Fee | $40.00 | Dr. Cynthia Gray |
| 2/15/22 | Investigation | $50.00 | Snyder Investigations services rendered Jan 2022 |
| 3/1/22 | Service | $161.88 | Mercury PDX Service to a Daniel Maher |
| 3/1/22 | Investigation | $1,116.50 | Snyder Investigations services rendered Feb 2022 |
| 3/7/22 | Transcription | $1,756.80 | Rough draft trial transcript |
| 3/29/22 | Transcription | $3,969.50 | Jury Trial—Jill L. Jessup |
| | | **$10,492.68** | |

**Exhibit 6**     **Page 1 of 1**